UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY THELEN,

    Plaintiff,

v.

    Case No.: 8:20-cv-01724-TPB-JSS

SOMATICS, LLC; and ELEKTRIKA, INC.

    Defendants.

_____/

## SOMATICS, LLC'S MOTION FOR LEAVE TO FILE EXHIBITS TO MOTION FOR SUMMARY JUDGMENT UNDER SEAL

COMES NOW Defendant, SOMATICS, LLC ("Defendant" or "Somatics"), by and through undersigned counsel, and pursuant to SDFL Local Rule 5.4, moves for leave to file under seal certain exhibits to its Corrected Motion for Summary Judgment (D.E. 79), and in support thereof states the following:

1    Plaintiff and the Defendants in this action entered into a stipulated Protective Order, at the beginning of this matter, which includes provisions regarding production by any party of confidential, proprietary or private information which warrants special protection from public disclosure.

2    Somatics filed its Corrected Motion for Summary Judgment (D.E. 79) (the "Motion") on November 22, 2022.

3    Contained in the Motion are references to and exhibits regarding certain depositions taken in the instant matter. Testimony taken and records entered into evidence during these depositions include protected health information regarding

Case No.: 8:20-cv-01724-TPB-JSS

Plaintiff and/or disclosure of Defendants' trade secrets, research, development, commercial, financial, technical and/or proprietary information (the "Documents").

4  Pursuant to Rules 1.11 and 5.4 of the Local Rules for the Southern District of Florida, documents designated confidential and contained in Defendant's Motion have been identified in the Motion with exhibit placeholders, and Defendant requests the Court grant it leave to file the Documents under seal to protect the confidentiality of said Documents.

WHEREFORE, SOMATICS, LLC respectfully requests the Court enter an Order allowing it to file under seal, the Documents referenced in and identified as confidential exhibits in Somatics, LLC's Motion for Summary Judgment, and for any additional relief the Court deems just and proper.

<Remainder of page intentionally left blank>

Case No.: 8:20-cv-01724-TPB-JSS

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Middle District of Florida Local Rule 3.01(g), the below-signed counsel certifies that contact has been attempted to counsel for Plaintiff in effort to reach agreement, but no reply has yet been received. Pursuant to Local Rules, the undersigned will advise the Court when a reply is received. Counsel for ELECTRIKA has indicated agreement to this motion.

Respectfully submitted,

BICE COLE LAW FIRM, P.L.

By: */s/ Susan J. Cole*
Susan J. Cole, Esq., B.C.S., FBN: 270474
999 Ponce de Leon Blvd., Suite 910
Coral Gables, FL 33134
Phone: (305)444-1225 / Fax: (305)446-1598
cole@bicecolelaw.com

*Counsel for Defendant Somatics, LLC*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, on this 23rd day of November 2022.

BICE COLE LAW FIRM, P.L.

By: */s/ Susan J. Cole*
Susan J. Cole, Esq., B.C.S., FBN: 270474
999 Ponce de Leon Blvd., Suite 910
Coral Gables, FL 33134
Phone: (305)444-1225 / Fax: (305)446-1598
cole@bicecolelaw.com

*Counsel for Defendant Somatics, LLC*