# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JEFFREY THELEN,

                Plaintiff,

    v.

SOMATICS, LLC; and
ELEKTRIKA, INC.,

                Defendants.

Case No.: 8:20-cv-01724-TPB-JSS

Hon. Thomas P. Barber

## PLAINTIFF'S SUBMISSION OF HIGHLIGHTS OF MEDICAL OR SCIENTIFIC LITERATURE IN SUPPORT OF DR. BENNET OMALU'S OPINIONS ON GENERAL CAUSATION

Pursuant to the Court's Order dated May 3, 2023 (Dkt. 156), Plaintiff,

Jeffrey Thelen, hereby submits highlighted copies of medical or scientific

literature in support of Dr. Omalu's opinions on general causation.

| | |
|---|---|
| **No. 1:** | 2002 NYS Assembly Report on Electroconvulsive Therapy |
| **No. 2:** | Allen, (1959) Cerebral Lesions from ECT |
| **No. 3:** | Alpers, B (1946) The Brain Changes Associated with Electrical Shock Treatment |
| **No. 4:** | Alpers and Hughes, (1942) Cats Brain Damage Animals |
| **No. 5:** | Alpers and Hughes, (1942) Human autopsy studies Brain Damage |
| **No. 6:** | Calloway, (1982) ECT and cerebral damage |

**No. 7:**    Dubey, (2017) Electroconvulsive Therapy and Brain Damage-Survey of the Evidence

**No. 8:**    Fink, (1978) Efficacy and Safety of Induced Seizures (EST) in Man, Compr Psychiatry

**No. 9:**    Fosse, R & Read, J (2013) Electroconvulsive treatment Hypotheses About Mechanisms of Action

**No. 10:**    Friedberg, (1977) Shock Treatment Brain Damage and Memory Loss

**No. 11:**    Giles, (2002) Overview Brain Damage Memory Loss

**No. 12:**    Guyton AC and Hall JE, eds. Medical Physiology, 10th edition, 2000

**No. 13:**    Hartelius, (1952) Animals Brain damage Definitive

**No. 14:**    Henshall, DC & Meldrum, BS (2010) Cell Death After Single and Repeated Brief Seizures

**No. 15:**    Henshall DC, Meldrum BS. Cell Death and Survival Mechanisms After Single and Repeated Brief Seizures. In: Noebels JL, Avoli M, Rogawski MA, et al., editors.

**No. 16:**    Jasper's Basic Mechanisms of the Epilepsies, 4th edition. Bethesda (MD): National Center for Biotechnology Information (US), 2012.

**No. 17:**    Knight, et al., Knight's Forensic Pathology, Chapter 12, 4th edition, 2015

**No. 18:**    Kumar, V et al., eds. Robbins and Cotran, Pathologic Basis of Disease, 9th edition, 2015

**No. 19:**    Love S et al, eds. Neuropathology a Reference text of CNS Pathology, 3rd edition, 2013

**No. 20:**    Love S et al. eds. Greenfield's Neuropathology, 9th edition, 2015

**No. 21:**    Pelletier, MR et al (1999) Seizure-Induced Cell Death Produced by Repeated Tetanic Stimulation In Vitro

**No. 22:**    Read, et al. (2021) ECT-Dangerous on Either Side of the Pond

**No. 23:**    Regulatory Update to Thymatron System IV Instruction Manual, 2018

**No. 24:**    Spitz and Fisher's (1972) Medicolegal Investigation of Death

**No. 25:**    Textbook of Traumatic Brain Injury

**No. 26:**    Zarubenko, et al., (2004) Electroconvulsive Shock Induces Neuron Death in the Mouse Hippocampus

Respectfully submitted,

**WISNER BAUM, LLP**

3

Dated:  May 15, 2023

                                                    */s/ Bijan Esfandiari*
                                                    Bijan Esfandiari, Esq.
                                                    (*Pro Hac Vice Admitted*)
                                                    besfandiari@wisnerbaum.com
                                                    Monique Alarcon, Esq.
                                                    (*Pro Hac Vice Admitted*)
                                                    malarcon@wisnerbaum.com
                                                    11111 Santa Monica Blvd., Suite 1750
                                                    Los Angeles, CA 90025
                                                    Tel: (310) 207-3233
                                                    Fax: (310) 820-7444
                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Bijan Esfandiari, hereby certify that on this date, May 15, 2023, the foregoing was filed electronically via the Court's CM/ECF system, to be served on all counsel of record by operation of the Court's electronic filing system.


                                                    */s/ Bijan Esfandiari*
                                                    Bijan Esfandiari

4