Case 8:20-cv-01724-TPB-J_S    Document 198-8    Filed 05/15/23    Page 1 of 18 PageID 6850

# Comprehensive Psychiatry

Official Journal of the American Psychopathological Association

VOL. 19, NO. 1                    JANUARY/FEBRUARY 1978

# Efficacy and Safety of Induced Seizures (EST) in Man

### Max Fink

> Delphicus: Science, Socrates, is the discovery of truth for its own sake, and it seeks it only in matters which are measurable, and usually by applying to such material the matters of experiment.
> Socrates: Does that explain, then, why medicine is not regarded as a science?
> Delphicus: Yes, indeed, for much of medicine deals with such things which are not accurately measurable, and even when they are, the truth about them is not pursued for its own sake, but in order to prevent or cure disease . . . . Indeed, on the whole I should prefer to call medicine an art rather than a science.*

THE USE of induced seizures (EST, ECT, convulsive therapy) in clinical psychiatry is limited by concerns about its efficacy and safety, its empiric nature, and the ethical issues of informed consent. Such concerns have led to the proscription of EST and legal restrictions in some jurisdictions and to its very uneven use in different populations.[1-3]

Since seizure therapy was first introduced in 1934, the treatment process has undergone many changes that complicate its evaluation. Electrical induction, pretreatment sedation, and anesthesia are generally accepted; muscle relaxants, hyperoxygenation, special electrical currents, and anticholinergic drugs are used by some and not by others; the unilateral placement of electrodes and multiple monitored treatments are used only occasionally.

The principal clinical studies of EST were done during the first decades of the treatment's use, and extrapolation of those clinical results may have limited relevance today. Few meet present standards for the evaluation of therapeutic efficacy; most are case studies, with little description of the previous or concurrent therapy, and without a follow-up adequate to assess the therapeutic results. They particularly lack control or comparison groups.[4]

The complications of EST, particularly the neurologic and psychologic sequelae, were described in greater detail when treatments differed from our

*Anonymous: The purity of science, in Socrates on the Health Service. Bedford, England, Sidney Press, 1960, pp 73-74

From the Department of Psychiatry, Health Sciences Center, State University of New York, Stony Brook, New York

Supported in part by grants MH-15561, 20762, 24020 from the National Institute of Mental Health, and by the International Association for Psychiatric Research, Inc.

Address reprint requests to Dr. Max Fink, Department of Psychiatry, Health Sciences Center, State University of New York, Stony Brook, N.Y. 11790.

© 1978 by Grune & Stratton, Inc. ISSN 0010 440X. 0010 440X/78/1901 0001$02.00/0

present practice. For example, amnesia and cyanosis were once believed to be part of the therapeutic process, and, instead of avoiding hypoxia, it was encouraged.

The diagnostic criteria, selection of patients, methods of evaluation, and concurrent treatments also differ. Our present classifications depend largely on behavioral, historical, familial, and genetic factors, and less on the psychodynamic formulations that were current at the time EST was introduced. Populations labeled "schizophrenic" may have included patients now labeled "manic" or "acute confusional psychosis," leading to clinical results different from those we may find today. Today's widespread use of antidepressant and antipsychotic drugs, minor tranquilizers, and lithium leave the nonresponsive patients for EST.

Despite these significant caveats, the EST experience is reviewed, with particular emphasis on its therapeutic benefits and its principal risks and complications.

## EFFICACY

The benefits of EST are directly related to clinical diagnosis. EST is most effective in psychotic-depressive syndromes and in mania where success rates of 60%–90% of treated cases are reported. While EST is recommended in acute and chronic schizophrenia, the data in these populations are much less compelling.

### Depression and Mania

The principal indication for EST is a depressive psychosis, almost regardless of subtype. Thus, patients with diagnoses of bipolar depression, unipolar depression, involutional depression, and depression in the elderly are rapidly responsive, usually requiring 2–4 seizures spaced at 48-hour intervals to elicit an elevation of mood, the relief of suicidal preoccupation and agitation, and a reversal of the symptoms of hypothalamic dysfunction.[4-9] In most instances 6–8 seizures have been given, and this number seems constant regardless of whether seizures are induced electrically (using bilateral or unilateral electrode placements) or induced by flurothyl.[10-14] Increasing the frequency of seizures, as in multiple monitored seizures,[15] is reported to reduce the time needed for a therapeutic response. This result is only occasionally seen, and at some additional risk to the subject.[16-18]

While most comparative studies are weakened by poor descriptions of the treatments administered, the criteria used to assess improvement, or the duration of remissions,[4] many studies clearly define an efficacy for EST in depressive illnesses. Patients receiving EST show greater reduction in symptom scores, better discharge evaluations, and shorter periods of hospitalization than do those treated with placebo,[19-23] psychotherapy,[24,25] or simulated EST or subconvulsive treatments.[23,26-28] In comparisons with antidepressant drugs, EST is more or equally as effective as thymoleptics,[19,21-23,29-33] and more effective than the monoamine oxidase inhibitors phenelzine,[22,32,34,35] iproniazid,[20] and isocarboxazid.[36,37] In their assessment of the studies of the clinical efficacy of various antidepressants, Cole and Davis[38] report six studies comparing EST and imipramine: three studies in which EST is more effective than imipramine; three in which the effects are equal; and none in which EST was less effective than imipramine.

When EST is combined with imipramine[23,39,40] or amitriptyline,[41] there is no

difference in the number of seizures used to effect clinical improvement, but follow-up results are better[42] or equivalent[23,40] for the combination compared to EST alone. Similarly, EST plus phenelzine is equivalent to EST plus imipramine,[30] but EST plus amitriptyline is superior to EST plus diazepam.[41] EST and chlorpromazine was not superior to EST alone in the treatment of depression.[43] Subsequent treatment with antidepressant drugs sustains improvement better than treatment with sedative drugs[41] or when no maintenance drugs are given.[39,40] While such combinations are commonly used, their relative efficacy remains poorly defined.

Depressed patients have a higher death rate than the general population, both from suicide and nonsuicide causes,[44] and this rate is reduced by EST. Huston and Locher[25] and Ziskind et al.[45] found suicide to be less frequent in EST treated patients compared with those treated by psychotherapy alone. Ziskind et al.[45] reported 9 deaths in 109 patients treated by psychotherapy compared to 1 death in 88 patients treated with EST. Mortality from nonsuicide causes is also reduced. In a careful 3-year follow-up study of 519 depressed patients treated in 1959–1969 by EST alone, by antidepressants in adequate or inadequate dosage or by neither EST nor antidepressants, Avery and Winokur[11] found a lower fatality rate for the EST-treated group compared to the drug-treated or the patients treated by neither drug nor EST. Their findings support the clinical observation that EST is effective in reducing mortality and morbidity due to agitation, exhaustion, inanition, fever, infections, or cardiotoxicity in depressed patients.

Some depressed patients who do not respond to antidepressant drugs do respond to EST. In a recent report, Glassman et al.[46] found that depressed patients with delusions were markedly unresponsive to tricyclic drugs—10 of 13 so treated failed. When these were retreated with EST, 9 of the 10 failures had a dramatic and sustained response.

EST is also effective in the treatment of mania.[47] The sedating action of EST is often used to reduce excitement and agitated states. Ziskind et al.[45] found greater improvement in follow-up for manic patients treated with EST compared to psychotherapy controls. McCabe[48] reviewed the records of patients treated with EST in 1945–1949 and found shorter hospitalization, greater per cent improvement, and better follow-up results for EST than for controls. Kalinowsky,[13] Epstein,[49] and Bianchi and Chiarello[50] found improvement rates for EST treated manic-depressive patients to be equivalent in depressed and manic phases. Ebaugh and Johnson[51] reported 100% social recovery for five manic patients treated with pentylenetetrazol; Thorpe[52] and Kino and Thorpe[53] described the efficacy of multiple daily treatments in acute mania. Comparisons of the clinical efficacy of lithium and EST, alone or combined, in the treatment of acute and recurrent mania are not available.

The efficacy of seizure therapies in depressive illnesses may also be seen in comparisons of different methods of inducing the seizure. Studies comparing EST using unilateral or bilateral electrode placements find the two methods effective in reducing symptoms and shortening hospitalization.[12,54,55] D'Elia and Raotma[55] examined 29 studies in which the results of unilateral electrode placements were compared to bilateral placements. In 14 the results were equal, in 13 bilateral was more effective, and in 2 unilateral placements were more effective. Comparisons of seizures induced electrically with those induced by the inhalant flurothyl also

found the results equivalent.[14,56] The efficacy of EST is related more to clinical diagnosis than to the mode of seizure induction.[5,13,26,57-59]

## Schizophrenia

EST is widely used in the treatment of acute and chronic schizophrenia.[7,8,60-62] Its efficacy is greater with shorter durations of illness[63-65] and with a greater number and increased frequency of seizures.[13,63,66] The efficacy in illnesses of less than two years duration and acute onset is well defined, but in illnesses of longer duration with slow, insidious onset, the results are proportional to the length and severity of the illness[13,63,67-70] and the intensity of the treatment.[63,64,66,71-74] Efficacy is also greater in patients exhibiting some depressive features such as mood disorder, feelings of hopelessness and guilt, or thoughts of suicide.[75]

Behavioral changes after EST occur more slowly in schizophrenic than in depressed patients. A clinical response may not be seen until after 10–15 seizures. The delay in clinical effects parallels the development of persistent EEG slowing,[5] activation by barbiturates,[76] and changes in memory, psychomotor, and perceptual tests.[26] The same time course is seen after inductions with the inhalant convulsant, flurothyl.[14,56,77] In comparative studies, EST and flurothyl are usually found equivalent in clinical efficacy and in physiologic and psychologic tests.

### Acute Schizophrenia

In the early uncontrolled clinical studies, EST improvement rates averaged 75% of cases treated, based on a reduction in symptoms and shorter hospitalization.[53,63-65,78-80] Zeifert[65] reported improvement rates of 84% with pentylenetetrazol (Metrazol; Knoll Pharmaceutical, Whippany, N.J.) and 80% with EST. In comparisons of EST with psychotherapy, milieu therapy, and sedatives, EST-treated samples showed better discharge rates, improved symptom evaluations, and fewer relapses than the other treated samples.[81-85] In studies using a historical control, EST-treated patients exhibited a 50%–70% improvement rate compared with a 10%–30% rate for the earlier period.[58,86-89] Two reports found no advantage for EST.[6,9] In a follow-up of 317 hospitalized patients treated by psychotherapy, EST, or insulin coma therapy, Rachlin et al.[90] found shorter hospitalization periods and better discharge rates for EST.

With the advent of psychotropic drugs, the interest in assessments was mainly in comparisons of EST and drug therapy, either alone[78,91-96] or combined.[91,97,98] In the controlled comparisons of EST and phenothiazines in first admission or acute schizophrenic patients, the treatments are equivalent in short term results.[4,78,91-94,97] Where patients received 12–20 EST and chlorpromazine 300–1200 mg/day, the reduction in symptom ratings by "blind" raters, nurses' ward observations, and discharge evaluations were equivalent.[92,93,96] Two studies find the duration of hospitalization for EST longer[92,93] and one finds it shorter than for psychotropic drugs.[96]

Two studies compared the efficacy of the combination of EST and phenothiazines with EST alone.[91,98] Childers[91] found no difference between EST alone and chlorpromazine with EST in changes in symptom ratings, but in comparisons between EST (without or without chlorpromazine) with fluphenazine (20 mg/day) or chlorpromazine (1 g/day) alone, the EST-treated group showed significantly

more improvement than drug treatment alone. Smith et al.[98] found greater short-term (1, 3 week) improvement scores for patients treated by EST plus chlorpromazine (400 mg/day) than EST alone; in later assessments (6 weeks, 6 months, 1 year) the therapies were equivalent.

The use of antipsychotic drugs with EST is complicated by questions of toxicity. Controlled trials are lacking, but the incidental reports of fatalities when EST is combined with chlorpromazine[85,99,100] and reserpine,[101–103] or severe hypotension when EST is combined with chlorpromazine[104] suggest that the combination should be used cautiously until better assessments are made.

*Chronic Schizophrenia.*

Open clinical studies find EST effective in improving discharge rates from the hospital in 10%–20% of the long-term mentally ill.[13,105,106] Symptom reduction is often described, particularly reductions in aggressiveness and in the need for restraints. In comparisons of EST with milieu and insulin coma (ICT) therapies, few differences between the treatments are reported.[88,107–111] Neither EST nor histamine evinced any advantage in short-term efficacy.[107,110] A comparison of EST, ICT, and psychotherapy found no differences in short-term evaluations of improvement,[88] while a follow-up study showed better clinical results for EST than for insulin coma or psychotherapy alone.[70]

Controlled clinical trials are few, and these also fail to define differences among the treatments.[4,31] Miller et al.[68] compared the effects of EST, anesthesia alone, EST and anesthesia, and subconvulsive currents in chronic mentally ill and found them equally ineffective. Brill et al.[67] failed to find any differences in long-term hospitalized veterans treated by EST alone, EST and succinylcholine, EST and thiopental, thiopental alone, or nitrous oxide. May and his coworkers assigned "middle prognosis" schizophrenic patients, many of whom were readmissions, to EST, milieu therapy, psychotherapy, psychotropic drugs, or psychotherapy and psychotropic drugs.[94–96] The short-term results for both drug therapies were superior to  EST and other therapies, but patients treated with EST or drug therapies had shorter stays in the hospital before discharge, and shorter rehospitalization periods after their initial release.[95,96]

The number and rate of treatments and the duration of illness affect the outcome of EST in chronic schizophrenia. The longer the duration, the poorer the therapeutic results, and the greater the number of treatments needed for symptom relief. Relief is estimated as 50%–70% in patients who have been ill for less than a year, but less than 20% in patients who have been ill for more than 3 years.[7,13,63,64,67–70,84] Treatment with less than 20 seizures is usually less effective than longer courses.[64,66,71–74] Baker et al[66] compared the efficacy of 12 EST with 20 EST and found greater benefits for 20 treatments. Others find improved efficacy when treatments are given as frequently as a few times a day.[71,72,112] In uncontrolled studies, the efficacy rates were greater for patients treated with multiple treatments ("regressive EST") than for those treated 3 times a week.[63,71] The success of antipsychotic drugs led to the disuse of regressive EST, although recently, Murillo and Exner[74,113] examined the efficacy of intensive EST and found it superior in the long-term indices of work record, number and duration of rehospitalizations, and need for further treatment, compared to drug therapy or standard courses of EST.

### Other Disorders

EST has been tried in many clinical conditions. The studies are mainly uncontrolled single case reports. EST has been reported to be effective in the treatment of hysterical personality, anorexia nervosa, drug dependence, alcoholism, obsessional neurosis, epilepsy, porphyria, intractable skin disease, and causalgia, to name a few.[6–8,60,114] But the absence of controlled studies makes judgment impossible.

The use of EST in children and adolescents presents special problems. Studies in children are few, and none are controlled[115–119] Bender reviewed her experience, and despite early optimistic reports, found little long-term benefit.[115,116] Heuyer et al.[120] found EST symptomatically helpful in depressed, manic, or confusional syndromes in children, but without sustained benefits. Hift, Hift, and Spiel[121] found no successes in EST treatment of 23 psychotic children after 2 years. Despite this melancholy record, a recent survey found EST to be used frequently in childhood disorders in Massachusetts.[122]

EST is also used as a prophylactic or in maintenance therapy. Stevenson and Geohegan[123,124] observed 13 manic-depressive patients who received monthly treatments for 5 years after a course of EST. In 3 years, there were no rehospitalizations in this group, compared to 11 readmissions among 11 patients who did not agree to receive prophylactic treatments.[124] In the next 2 years, two of the 13 were readmitted despite continued treatment.[123] Karliner and Wehrheim[125] offered maintenance treatment to 210 patients; fifty-seven accepted and received an average of one treatment a month, and of these, 12% relapsed. In 153 patients who received no maintenance treatments, 79% relapsed within a 6-year observation period. Barton et al.[10] compared the effects of two extra treatments to those who ended a course as soon as improvement was established. They found no additional benefit for two extra treatments at 2-, 6-, and 12-week evaluations. Similar observations are reported by others.[126–128]

### SAFETY

The risks and complications of EST are derived from many sources: the direct effects of the seizure, the convulsion, the anesthesia, and the mode of induction of the seizure (whether by electricity or by flurothyl); anxiety and fear of "shock therapy"; the social stigma of having received "shock therapy." The principal complications of EST are death, brain damage, memory impairment, and spontaneous seizure. These complications are similar to those seen after head trauma, with which EST has been compared.[129] In addition, fracture (particularly of the spine), fear and panic, headache, and skin burns are reported with sufficient frequency to be considered risks of treatment.

### Death

Of studies reporting death rates with EST, the incidence varies from none in 8500 treatments in 870 patients[9] to 0.04%, 0.06%, 0.08%, 0.3%, and 0.8% of patients treated.[7,130–133] Death is usually ascribed to cardiac complications, frequently occurring after the seizure, during the recovery period.

Death rates are lower in the more recent studies than in the older. Perhaps, the difference in incidence may be related to the use of curare as a muscle relaxant

and the frequency of "missed seizures" in the earlier treatments. Curare is a natural botanical product of indefinite purity and activity with effects that were often unpredictable. Both overdosage and underdosage were common, so that seizures were irregularly modified, with patients having complete paralysis and apnea on one occasion and a fully unmodified seizure on the next.

"Missed" or "incomplete" seizures occur when a current passes between the scalp electrodes without inducing a seizure and its associated amnesia. Patients experience pain, fear, and panic, and can rarely be induced to have another treatment following such an experience. Missed seizures occur frequently, but are most damaging in patients treated without anesthesia. The panic and terror of patients subjected to a "missed seizure" provide conditions for the precipitation of a cardiac death. In a recent editorial, Engel[134] notes that psychologic factors may be potent contributors to instantaneous death, and unmodified missed seizure provides a suitable medium for such an event. In some of the pathologic reports, deaths were associated with missed seizures.[36,42,135,136] The use of an anesthetic is a clear prophylactic for this complication.

### Brain Damage

The evidence for sustained pathologic changes with repeated seizures comes from the examination of brain tissues from patients who died after EST; tissues from epileptic patients who died in status epilepticus; tissues from animals subjected to experimentally induced seizures; and the psychologic and physiologic tests which are usually interpreted as measures of brain function in man.[137]

*Human Brain Tissue.*

Study of the pathology of seizures is complicated by the time between EST and the time of death. Some tissues are examined under conditions in which seizures are clearly proximal to the death, while in some EST was a distant event. With this caveat, brain tissues have been reported to show increased gliosis,[138] diffuse degeneration,[139] petechial hemorrhages in the midbrain and evidence of fat embolism,[140] and edema and subarachnoid hemorrhage.[112,141,142] Will et al.[136] reported the brain of a patient who died 15 minutes after the twelfth EST to be swollen and edematous with neuronal damage and increased lipofuscin pigmentation. Madow[42] reported autopsy data in four subjects, finding one case with intraventricular hemorrhage and three who died of cardiovascular disease.

*Animal Experimental Data*

After experimental seizures in animals, punctate hemorrhages and subarachnoid bleeding are seen.[143,144] Monkeys subjected to 4–18 seizures at a rate of 3 per week show a reversible degeneration of cerebral cells and gliosis.[145] Follow-up studies at 30 min–18 months in monkeys receiving an extensive course of 32–100 seizures, showed gliosis and cellular degeneration within days after treatment, but none after months.[146] Hartelius[147] examined the effects of seizures in cats and noted disintegration of nerve cells, neuronal loss, and glial reactions which were not extensive and which were related to the age of the animal and the number of seizures. Other workers, carrying out equally extensive studies, failed to find either vascular or glial reactions to repeated seizures.[148–151]

*Effects of Status Epilepticus*

Another field of study is the pathology after spontaneous seizures in humans. A frequent finding is sclerosis of the pyramidal cell layer of Ammon's horn,[152] and diffuse necrosis, neurophagia, and gliosis.[59,153] Norman et al.[154] suggest that repeated seizures lead to impaired blood and oxygen supply, and that the sequence of pathologic changes are secondary to hypoxia.

In experimental studies, baboons were subjected to seizures at varying rates, and biochemical and pathologic changes in brain function were measured.[155,156] Repeated and sustained seizures over $1\frac{1}{2}$ hours without muscle paralysis and 3 hours with muscle paralysis were required to produce measurable ischemic cellular changes. The authors compared these findings with 30–60 minutes of febrile convulsions in children required to produce cerebral pathology. Six hours or more of seizures were required in adults for the same pathology. In these studies, cerebral changes were transient unless hypoglycemia or hypoxia supervened.

The effect on the developing fetus of seizures given to the mother has been studied. ECT has been given during pregnancy without precipitating labor[118,157] or without measurable deficits in the fetus.[157,158,159]

*Physiologic Indices*

Psychologic tests (particularly of memory), psychomotor performance tests, and electrophysiologic measures (particularly the resting EEG) are measures of brain dysfunction frequently studied in EST.

*Memory dysfunction.* The most widely known hazard of EST is difficulty in recollecting the events surrounding the immediate illness and each treatment.[160–163] There is amnesia for each seizure, and for the immediate postseizure period. Retrograde amnesia occurs and may extend for hours and occasionally days before EST. Tasks given patients before treatment are particularly sensitive to loss of recall. Some patients also complain of a disturbance in the clarity of their recollections, and have difficulty in recognizing events or subjects that occurred or were shown to them in proximity to the treatments.[160,161,164]

In memory and psychologic performance tests, performance decays progressively with successive seizures.[161,164] Like the physiologic (EEG) measures, the decrements rebound after each treatment. Two weeks after the last treatment, performance on memory tests is equal to or better than performance before EST. Within the few months of the last EST treatment, memory functions reach pre-illness levels for the recall of life events.[164] These evaluations are confounded by the depressive illness that, even in the absence of EST, is associated with measurable amnesia for the period of illness.[165]

*EEG.* Repeated seizures result in increased EEG slow wave activity, appearing in bursts and runs, and more prominent in the frontal and temporal leads.[5] The degree of slowing, the increase in amplitude, the duration of burst activity, and the persistence of these changes after the last treatment are directly related to the number and the frequency of seizure inductions. After the last seizure, slow waves rapidly decrease in amount and prominence, amplitudes decrease, and the mean frequency increases. Within 2 weeks of the last treatment, the EEG is filled with regular, rhythmic alpha activity, usually in amounts greater than before EST. Oc-

casionally, slow waves persist for a number of weeks and may be recorded 4–6 weeks after the last treatment.[58,84,129,166,167] These EEG changes are similar to those seen in patients with reversible organic mental syndromes.

Some authors find the EEG changes to have prognostic significance. Hoagland et al.[168] reported that the reduction in fast beta EEG activity was a favorable sign in the EST treatment of agitated depression—a finding confirmed by Fink and Kahn[5] and Kurland et al.[169] Roth[76] found the early and sustained appearance of beta activity after thiopental to be a favorable prognostic sign; this was confirmed by EEG and language studies.[26,57] When careful quantitative measures are applied, the relationship between improvement and degree of EEG change becomes blurred, but the EEG changes do not have negative prognostic implications.[167]

### Spontaneous Seizures

Spontaneous seizures have been reported in some patients weeks after the last treatment.[170,171] Fifty-one cases were reported up to 1955, when Blumenthal[135] added 12 cases. Many authors were able to elicit a prior history or a family history of seizures, and they described the seizures as examples of spontaneous epilepsy, unrelated to the EST process.[7] Blumenthal[135] estimated the incidence of spontaneous seizures after EST as 0.5%, similar to that recorded for epilepsy in the population.

Karliner[172] reported six examples of spontaneous sizures in patients without a history of epilepsy. The seizures remitted within 3 years, and he viewed their appearance as evidence of persistent brain dysfunction after EST.

Assael, Halperin, and Alpern[173] reported a single illustrative case of a 30-year-old woman admitted to the hospital in a catatonic stupor. Her EEG was normal. After four EST, she remitted and returned home. Within a fortnight she had a typical grand mal convulsion, which recurred once or twice weekly until anticonvulsant drugs were given. The EEG showed a typical epileptic pattern, and the authors concluded that this epileptic process was the result of a brain stem lesion secondary to EST.

Do spontaneous seizures result from the experimental "kindling" of epileptic foci?[174] Kindling occurs when the threshold for a spontaneous seizure is lowered after small electric currents are passed through implanted electrodes in the brain stem.[175] Kindling is associated with a lowering of the cerebral threshold, so that brain tissues fire with low, incidental brain currents. In EST, however, the cerebral threshold for seizures rises.[137,176] The current necessary to elicit a grand mal seizure rose in 24 of 39 cases, showed no change in fifteen cases, and in no case did it fall.[176] The difference between EST and the animal studies[175] may be in the use of implanted electrodes, the depth or absence of anesthesia, the amplitude of currents, and the frequency with which the brain is stimulated to elicit kindling.

Another persistent brain effect of EST may be inferred from the unreplicated report by Uhrbrand and Faurbye[177] that tardive dyskinesia may occur after extensive courses of EST.

### Other Complications

Psychoses may be exacerbated with EST. Some authors find an organic type pychosis to occur early in the course of EST, and suggest that such occurrences

may herald the existence of unanticipated brain pathology, such as brain tumor.[7,178,179]

Fractures, particularly of the spine, occurred in up to 40% of examined cases when convulsions were unmodified. Since the introduction of succinylcholine for muscle paralysis, the incidence of fractures has become negligible, occurring only in seizures that are unmodified either by neglect or when muscle relaxants are contraindicated by medical considerations in high risk patients.[7]

Prolonged apnea is a rare complication of the failure to degrade succinylcholine (Anectine; Burroughs Wellcome, Research Triangle Park, N.C.) enzymatically in individuals with abnormal low levels of pseudocholinesterase.

Panic and fear reactions are reduced by the routine use of pretreatment sedation and general anesthesia.[62] Missed seizures, in which patients experience large electric currents or the panic associated with pentylenetetrazol, are no longer a feature of properly applied treatment modified by anesthesia.

The psychologic hazards of EST persist. The use of the term "shock therapy" by physicians and the laity elicits an image of unmodified EST. The stigma of having received "shock therapy" remains a social and political liability.

Patients receiving EST may also suffer postseizure headache and nausea, skin irritations or burns at the site of electrode placement, or extravasated blood at the sites of injection. These risks are now rare in institutions in which trained therapists administer the treatment.

## RISK/BENEFIT RATIO

These diverse observations of efficacy and complications of the EST process provide the basis for a risk/benefit analysis. There is evidence that EST is very useful in depressive psychosis, with an efficacy that is at least equal and often superior to pharmacotherapy and other therapies. The reduction in mortality from suicide is a particularly compelling observation, making suicide risk an important indication for EST.

In acute schizophrenia there is symptomatic benefit, particularly in the relief of hyperactivity, delusions, confusion, and impulsivity, approximately equivalent to that obtained with psychotropic drugs. In chronic schizophrenia, the data are less impressive, indicating that EST is no more effective nor more hazardous than other minimally effective treatments.

For other psychiatric conditions, the evidence of efficacy is limited, and the use of EST must properly be considered within the framework of a research inquiry in which the rules of consent, controls, and peer review need apply. There is a particular problem in the use of EST in children and adolescents, where the evidence for clinical efficacy is poor, the long-term risks unresolved, and proper consent ill-defined.

EST is a procedure with some risk. Death may occur with an incidence of 1/10,-000 treatments. Much of the risk may be that associated with anesthesia, but the EST death rate is less than that for general anesthesia alone.* Most reported deaths occurred early in the history of EST, when procedures were less well de-

---

*Deaths from anesthesia alone are reported from 3.3 to 37/10,000 general inductions.[180-183] The incidence was less (37/10,000) in the decade 1963–72 than in 1953–62, when the rate was 209/10,000. The incidence is clearly age related, rising with increasing age.[183]

fined. A consequence of the relative safety of the procedure is the rarity of pathologic material, leaving the issue of persistent brain damage unresolved.

Memory dysfunction, disturbances in physiologic and psychologic tests, and spontaneous seizures are persistent risks and the principal hazards of EST. The post-EST organic mental syndrome seems to persist in 1/200 cases, and may be a long-term liability. Fracture, panic, pain, and fear are no longer significant features when the full range of modifications of EST are used.

These risks and benefits of EST need to be compared to those of the alternate treatments. In depressive psychosis, EST is either superior or equal to antidepressants. The risks of antidepressants are extensive. Toxicity of tricyclic drugs includes anticholinergic symptoms, cardiovascular complications, and the risk of overdose.[92] The use of MAOI is restricted by hypertensive crises, cardiovascular and hepatic toxicity and their interactions with common foodstuffs, tricyclics, and some drugs used in medical practice.[184] In depressed patients treated by psychotherapy or milieu therapy, the risks of suicide and prolonged illness must be considered.

In mania, lithium and phenothiazines are widely used. Mortality, organic psychosis, and neurologic sequelae are complications of their use.[47] In very excited patients, parenteral doses of chlorpromazine or haloperidol may be combined with lithium and elicit significant neurologic sequelae.[47,185,186]

In schizophrenia, the efficacy of EST is poorly defined. Treatment results seem best with greater numbers and higher frequencies of induced seizures, increasing the probability of a persistent organic mental syndrome, memory deficits, and spontaneous seizures. The efficacy of antipsychotic drugs is well defined, but the hazards of tardive dyskinesia, hepatic dysfunction, and lenticular opacities are being recognized with increasing frequency.[184] Despite the risks, pharmacotherapy has significant advantages over EST in chronic cases, particularly since maintenance therapy is more readily provided by antipsychotic drugs.

## COMMENTS

The EST process, despite its empiric origins, remains a viable treatment, and when properly applied, is safer than the records testify. The principal hazards of death, fracture, panic, fear, prolonged apnea, postseizure headache, nausea, skin irritations, and burns at electrode locations are preventable hazards. Even the persistent organic mental syndrome can be prevented, or its incidence reduced by careful attention to sedation, the use of minimal electrode currents, the location of electrodes, and mature doctor-patient relationships. EST is a major treatment in medicine, and its use by inexperienced therapists or unsupervised trainees is unacceptable. In their text, Sargant and Slater[8] state:

> It can hardly be sufficiently emphasized that convulsion therapy is a surgical treatment in psychiatry, and the general rules governing the admissability of surgical intervention apply. While operation should not be necessarily delayed, it should not be undertaken in a lighthearted spirit, and should never be employed as a mere placebo. The decision when operation is necessary requires a refined clinical sense, and the opinion of an expert in the treatment should be sought when available. When operation is decided on the patient should be carefully examined to exclude exceptional dangers, the position should be explained both to him and his relatives, and the permission of both sought. Finally, when the treatment is eventually carried out, every method should be used to minimize the risks which can never be entirely excluded.

The profession should assume a greater role in monitoring clinical practice. The survey of EST use in Massachusetts[122] provided a basis for regulations regarding the reporting of the use of EST in institutions. In a follow-up report,[2] fewer patients received more than 35 treatments in a year, and the use of EST in children and adolescents was less. The voluntary regulation of EST in Massachusetts is a more commendable model than the repugnant statutory regulations recently issued in California.

EST deserves greater academic attention to better define the limits of its use. EST reversibly affects mental performance and thus provides a special research technique which has only occasionally been explored.[58] Research should be encouraged, rather than suppressed for fear of political criticism. The efficacy of EST in chronic schizophrenia is related to the number and frequency of seizures induced, and the proper use and efficacy of multiple (regressive) EST needs more study.[13,74] Multiple monitored EST may shorten a course of treatment with fewer anesthetic inductions, and this assertion requires verification.[15–18] The efficacy in mania has been suggested,[47] but a prospective comparison with lithium is lacking.[48] While many therapists use maintenance treatments, their indications are not well defined. The many studies of psychologic, behavioral, and physiologic predictors for EST selection and outcome should be integrated and applied in clinical practice. We need ways to define the number and frequency of seizures for different illnesses. Considering the prevailing practice of using tricyclic drugs first in cases of depressive psychosis, better assessments of the risks inherent in the delayed onset of their effect, their cardiovascular effects, and their mortality are needed. Phenothiazines and antidepressants are often combined with EST, although the safety of these combinations is not defined.

More fundamental questions provide outstanding opportunities to explore the role of brain functions in behavior, and ways to prevent and treat depression: the persistent cerebral effects of seizures, particularly the changes in neuroendocrine and neurohumoral relations; the effects on cerebral metabolism and particularly the blood–brain barrier; and the psychologic, linguistic, and behavioral consequences of seizures. Such studies may replace the complexity and inelegance of EST by a simpler, more precise, and more effective therapy.

## SUMMARY

A review of the EST process finds its efficacy and safety in the treatment of psychotic depressive states and mania to be well-documented. In acute schizophrenia, EST is symptomatic and its usefulness is equivalent to psychotropic drugs. In chronic schizophrenia, the effects of EST and other therapies are equally poor; but the principal studies are faulted by inadequate numbers of EST treatments. In all other conditions, including the use in children and adolescents, the data are insecure and additional studies are needed.

The principal risks of EST have been reduced by improved treatment methods. Fracture, panic, spontaneous seizures, and death are no longer prominent. Persistent deficits in memory and the psychologic stigma of having had "shock therapy" are the principal costs of therapy today. Suggestions to reduce these risks are made.

For depression, mania, and acute schizophrenia, EST has a risk/benefit ratio equal to or better than other available treatments. Further study of the relative

efficacy and safety of these treatments are needed; as are controlled studies for other conditions where its use has been recommended.

## REFERENCES

1. Asnis G, Fink M, Safirstein S: Seizure therapy (EST) in metropolitan (New York) hospitals: A survey of practice. Am J Psychiatry (in press)

2. Grosser GH, Pearsall DT, Fisher C, et al: The regulation of electroconvulsive treatment in Massachusetts: A follow-up. Mass J Ment Health 5:12-25, 1975

3. Hesche J, Roeder E: Electroconvulsive therapy in Denmark. Br J Psychiatry 128:241-245, 1976

4. Riddell SA: The therapeutic efficacy of ECT. Arch Gen Psychiatry 8:546-556, 1963

5. Fink M, Kahn RL: Relation of EEG delta activity to behavioral response in electroshock: Quantitative serial studies. Arch Neurol Psychiatry (Chicago) 78:516-525, 1957

6. Ilaria R, Prange AJ: Convulsive therapy and other biological treatments, in Flach FF, Draghi SC (eds): The Nature and Treatment of Depression. New York, John Wiley & Sons, 1975, pp 271-308

7. Kalinowsky LB, Hippius H: Pharmacological, Convulsive and Other Treatments in Psychiatry. New York, Grune & Stratton, 1972, pp 160-249

8. Sargant W, Slater E: An Introduction to Physical Methods of Treatment in Psychiatry. Baltimore, Williams & Wilkins, 1964, pp 60-96

9. Turek IS, Hanlon TE: The effectiveness and safety of electroconvulsive therapy (ECT). J Nerv Ment Dis 164:419-431, 1977

10. Barton JL, Mehta S, Snaith RP: The prophylactic value of extra ECT in depressive illness. Acta Psychiatr Scand 49:386-392, 1973

11. D'Elia G: Unilateral electroconvulsive therapy. Acta Psychiatr Scand (Suppl) 215:5-98, 1970

12. D'Elia G: Unilateral electroconvulsive therapy, in Fink M, Kety S, McGaugh J, et al (eds): Psychobiology of Convulsive Therapy. Washington, D.C., V. H. Winston & Sons, 174, pp 21-34

13. Kalinowsky LB: Electric convulsive therapy, with emphasis on importance of adequate treatment. Arch Neurol Psychiatry 50:652-660, 1943

14. Laurell B: Flurothyl convulsive therapy. Acta Psychiatr Scand (Suppl) 213:5-79, 1970

15. Blachly PH, Gowing D: Multiple monitored electroconvulsive treatment. Compr Psychiatry 7:100-109, 1966

16. Abrams R: Multiple ECT: What have we learned? in Fink M, Kety S, McGaugh J, et al (eds): Psychobiology of Convulsive Therapy. Washington, D.C., V. H. Winston & Sons, 1974, pp 79-84

17. Abrams R, Fink M: Clinical experiences with multiple electconvulsive treatments. Compr Psychiatry 13:115-121, 1972

18. Bidder TG, Strain JJ: Modifications of electroconvulsive therapy. Compr Psychiatry 11:507-517, 1970

19. Greenblatt M, Grosser GH, Wechsler H: Differential response of hospitalized depressed patients to somatic therapy. Am J Psychiatry 120:935-943, 1964

20. Kiloh LG, Child JP, Latner G: A controlled trial of iproniazid in the treatment of endogenous depression. J Ment Sci 106:1139-1144, 1960

21. McDonald IM, Perkins M, Marjerrison G, et al: A controlled comparison of amitriptyline and electroconvulsive therapy in the treatment of depression. Am J Psychiatry 122:1427-1431, 1966

22. Shepherd M: Clinical trial of the treatment of depressive illness. Br Med J 1:881-886, 1965

23. Wilson IC, Vernon JT, Guin T, et al: A controlled study of treatments of depression. J Neuropsychiatry 4:331-337, 1963

24. Appel KE, Meyers J, Sheflin A: Prognosis in psychiatry. Arch Neurol Psychiatry 70:459-468, 1953

25. Huston PE, Locher LM: Manic-depressive psychosis. Course when treated and untreated with electric shock. Arch Neurol Psychiatry 60:37-48, 1948

26. Fink M, Kahn RL, Green M: Experimental studies of the electroshock process. Dis Nerv Syst 19:113-118, 1958

27. Sainz A: Clarification of the action of successful treatment in the depressions. Dis Nerv Syst (Suppl) 20:53-57, 1959

28. Ulett GA, Smith K, Gleser GC: Evaluation of convulsive and subconvulsive shock therapies utilizing a control group. Am J Psychiatry 112:795-802, 1956

29. Bruce EJ, Crone N, Fitzpatrick G, et al: A comparative trial of ECT and Tofranil. Am J Psychiatry 117:76, 1960

30. Fahy P, Imlah N, Harrington J: A controlled comparison of electroconvulsive therapy,

imipramine and thiopentone sleep in depression. J Neuropsychiatry 4:310–314, 1963

31. Greenblatt M, Freeman H, Meshorer E, et al: Comparative efficacy of anti-depressant drugs and placebo in relation to electric shock treatment, in Rinkel M (ed): Biological Treatment of Mental Illness. New York, LC Page, 1966, pp 574–594

32. Hutchinson JT, Smedberg D: Treatment of depression: A comparative study of ECT and six drugs. Br J Psychiatry 109:536–538, 1963

33. Robin AA, Harris JA: A controlled comparison of imipramine and electroplexy. J Ment Sci 108:217–219, 1962

34. King P: Phenelzine and ECT in treatment of depression. Am J Psychiatry 116:64–68, 1959

35. Stanley WJ, Fleming H: A clinical comparison of phenelzine and electro-convulsive therapy in the treatment of depressive illness. J Ment Sci 108:708–710, 1962

36. Corsellis JAN, Heyer A: Histological changes in the brain after uncomplicated electroconvulsant treatment. J Ment Sci 100:375–383, 1954

37. Cotter LH: Operant conditioning in a Vietnamese mental hospital. Am J Psychiatry 124:24–25, 1967

38. Cole JO, Davis J: Antidepressant Drugs, in Freedman AM, Kaplan H (eds): Comprehensive Textbook of Psychiatry, Baltimore, Williams & Wilkins, 1967, pp 1263–1275

39. Imlah, NW, Ryan E, Harrington JA: The influence of antidepressant drugs on the response to electroconvulsive therapy and on subsequent relapse rates. Neuropsychopharmacol 4:438–442, 1965

40. Seager CP, Bird RL: Imipramine with electrical treatment in depression—a controlled trial. J Ment Sci 108:704–707, 1962

41. Kay DWK, Fahy T, Garside RF: A seven month double-blind trial of amitriptyline and diazepam in ECT-treated depressed patients. Br J Psychiatry 117:667–671, 1970

42. Madow L: Brain changes in electroshock therapy. Am J Psychiatry 113:337–347, 1956

43. Arfwiddson L, Arn L, Beskow L: Chlorpromazine and the antidepressive effect of electroconvulsive therapy. Acta Psychiatr Scand 49:580–587, 1973

44. Avery D, Winokur G: Mortality in depressed patients treated with electroconvulsive therapy and antidepressants. Arch Gen Psychiatry 33:1029–1037, 1976

45. Ziskind E, Somerfeld-Ziskind E, Ziskind L: Metrazol and electric convulsive therapy of the affective psychoses. Arch Neurol Psychiatry 53:212–217, 1945

46. Glassman A, Kantor SJ, Shostak M:

Depression, delusions and drug response. Am J Psychiatry 132:716–719, 1975

47. Fink M: Mania and electroseizure therapy (EST), in Shopsin B (ed): A Profile in Psychobiological Research: Manic Illness. New York, Raven, 1978 (in press)

48. McCabe MS: ECT in the treatment of mania: A controlled study. Am J Psychiatry 133:688–691, 1976

49. Epstein J: Electric shock therapy in the psychoses. J Nerv Ment Dis 98:115–129, 1943

50. Bianchi JA, Chiarello CJ: Shock therapy in the involutional and manic depressive psychoses. Psychiatr Q 18:118–126, 1944

51. Ebaugh FG, Johnson GS: Status of chemotherapy in schizophrenic and affective reactions. Am J Med Sci 197:862–873, 1939

52. Thorpe FT: Intensive electrical convulsion therapy in acute mania. J Ment Sci 93:89–92, 1947

53. Kino FF, Thorpe FT: Electrical convulsion therapy in 500 selected psychotics. J Ment Sci 92:138–145, 1946

54. Abrams R, Fink M, Dornbush RL, et al: Unilateral and bilateral ECT: Effects on depression, memory and the electroencephalogram. Arch Gen Psychiatry 27:88–94, 1972

55. D'Elia G, Raotma H: Is unilateral ECT less effective than bilateral ECT? Br J Psychiatry 126:83–89, 1975

56. Small I: Inhalant convulsive therapy, in Fink M, Kety S, McGaugh J, et al (eds): Psychobiology of Convulsive Therapy. Washington, D.C., V. H. Winston & Sons, 1974, pp 65–77

57. Fink M: The therapeutic process in ECT. Semin Psychiatry 4:39–46, 1972

58. Fink M: Clinical progress in convulsive therapy, in Fink M, Kety S, McGaugh J, et al (eds): Psychobiology of Convulsive Therapy. Washington, D.C., V. H. Winston & Sons, 1974, pp 271–277

59. Scholz W: Die Krampfschadigungen des Gehirns. Berlin, Springer, 1951

60. Detre TP, Jarecki HG: Modern Psychiatric Treatment. Philadelphia, J. B. Lippincott, 1971, pp 636–655

61. Paterson AS: Electrical and Drug Treatments in Psychiatry. Amsterdam, Elsevier, 1963, pp 3–108

62. Pitts FN Jr: Medical aspects of ECT. Semin Psychiatry 4:27–32, 1972

63. Danziger L, Kendwall JA: Prediction of the immediate outcome of shock therapy in dementia praecox. Dis Nerv Syst 7:229–303, 1946

64. Kalinowsky LB, Worthing HJ: Results with electroconvulsive therapy in 200 cases of schizophrenia. Psychiatr Q 17:144–153, 1943

65. Zeifert M: Results obtained from the administration of 12,000 doses of Metrazol to mental patients. Psychiatr Q 15:772–778, 1941

66. Baker AA, Bird G, Lavin NI: E.C.T. in schizophrenia. J Ment Sci 106:1506–1511, 1960

67. Brill NO, Crumpton E, Eiduson S, et al: Relative effectiveness of various components of electroconvulsive therapy. Arch Neurol Psychiatry 81:627-635, 1959

68. Miller DH, Clancy J, Cummings F: A comparison between undirectional current nonconvulsive electrical stimulation, alternating current electroshock and Pentothal in chronic schizophrenia. Am J Psychiatry 109:617–620, 1953

69. Naidoo D: The effects of reserpine (Serpasil) on the chronic disturbed schizophrenic: A comparative study of rauwolfia alkaloids and electroconvulsive therapy. J Nerv Ment Dis 123:1-13, 1956

70. Ross JR, Malzberg B: A review of the results of the pharmacological shock therapy and the Metrazol convulsive therapy in New York State. Am J Psychiatry 96:297–316, 1939

71. Glueck BC, Reiss H, Bernard LE: Regressive electric shock therapy. Psychiatr Q 31:117-135, 1957

72. Jacoby MG, Van Houten Z: Regressive shock therapy. Dis Nerv Syst 21:582 583, 1960

73. Kennedy CJC, Anchel D: Regressive electric-shock in schizophrenia refractory to other shock therapies. Psychiatr Q 22:317–320, 1948

74. Murillo LG, Exner JE Jr: The effects of regressive ECT with process schizophrenics. Am J Psychiatry 130:269–273, 1973

75. Folstein M, Folstein S, McHugh PR: Clinical predictors of improvement after electroconvulsive therapy of patients with schizophrenia, neurotic reactions, and affective disorders. Biol Psychiatry 7:147-152, 1973

76. Roth M: Changes in the EEG under barbiturate anesthesia produced by electro-convulsive treatment and their significance for the theory of ECT action. Electroencephalogr Clin Neurophysiol 9:225-237, 1951

77. Fink M, Kahn RL, Karp E, et al: Inhalant-induced convulsions. Arch Gen Psychiatry 4:259-266, 1961

78. Baker AA, Game JA, Thorpe JG: Some research into the treatment of schizophrenia in the mental hospital. J Ment Sci 106:203–213, 1960

79. Goller ES: A controlled trial of reserpine in chronic schizophrenia. J Ment Sci 106:1408-1412, 1960

80. Guttman E, Mayer-Gross W, Slater E: Short distance prognosis of schizophrenia. J Neurol Psychiatry 2:25–34, 1939

81. Goldfarb W, Kieve H: The treatment of psychotic like regressions of combat soldiers. Psychiatr Q 19:555–565, 1945

82. McKinnon AL: Electric shock therapy in a private psychiatric hospital. Can Med Assoc J 58:478-483, 1948

83. Palmer DM, Sprang HE, Hans CL: Electroshock therapy in schizophrenia: A statistical survey of 455 cases. J Nerv Ment Dis 114:162-171, 1951

84. Turek IS: EEG correlates of electroconvulsive treatment. Dis Nerv Syst 33:584 589, 1972

85. Wolff GE: Electric shock treatment. Am J Psychiatry 111:748-750, 1955

86. Bond ED: Results of psychiatric treatments with control series. Am J Psychiatry 110:561-566, 1954

87. Currier GE, Cullinan C, Rothchild D: Results of treatment of schizophrenia in a state hospital. Arch Neurol Psychiatry 67:80-88, 1952

88. Gottlieb JS, Huston PE: Treatment of schizophrenia. A comparison of three methods: Brief psychotherapy, insulin coma, and electric shock. J Nerv Ment Dis 113:237-246, 1951

89. Hamilton DM, Wall JH: The hospital treatment of dementia praecox. Am J Psychiatry 105:346-352, 1948

90. Rachlin HL, Goldman GS, Gurvitz M, et al: Follow-up study of 317 patients discharged from Hillside Hospital in 1950. J Hillside Hosp 5:17-40, 1956

91. Childers RT: Comparison of four regimens in newly admitted female schizophrenics. Am J Psychiatry 120:1010–1011, 1964

92. Klein DF, Davis J: Diagnosis and Drug Treatment of Psychiatric Disorders. Baltimore, Williams & Wilkins, 1969, pp 187-298

93. Langsley DG, Enterline JD, Hickerson GX: A comparison of chlorpromazine and ECT in treatment of acute schizophrenic and manic reactions. Arch Neurol Psychiatry 81:384-391, 1959

94. May PR: Treatment of Schizophrenia. New York, Science House, 1968

95. May PR, Tuma AH: Follow-up study of the results of treatment of schizophrenia, in Spitzer R, Klein DF (eds): Evaluation of Psychological Therapies. Baltimore, Johns Hopkins, 1976, pp 256-284

96. May PR, Tuma AH, Yale C, et al: Schizophrenia—A follow-up study of results of treatment. Arch Gen Psychiatry 33:481-486, 1976

97. King P: Chlorpromazine and electroconvulsive therapy in the treatment of newly hospi-

talized schizophrenics. J Clin Exp Psychopathol 21:101–105, 1960

98. Smith K, Surphilis WRP, Gynther MD, et al: ECT-chlorpromazine and chlorpromazine compared in the treatment of schizophrenia. J Nerv Ment Dis 144:284–290, 1967

99. Gaitz CM, Pokorny AD, Mills M: Death following electroconvulsive therapy. Arch Neurol Psychiatry 75:493–499, 1956

100. Grinspoon L, Greenblatt M: Pharmacotherapy combined with other treatment methods. Compr Psychiatry 4:256–262, 1963

101. Bracha S, Hes JP: Death occurring during combined reserpine-electroshock treatment. Am J Psychiatry 113:257, 1956

102. Bross R: Near fatality with combined ECT and reserpine. Am J Psychiatry 113:1933, 1956

103. Foster MW, Gayle RF: Dangers in combining reserpine (Serpasil) with electroconvulsive therapy. JAMA 159:1520–1522, 1955

104. Weiss DM: Changes in blood pressure with electroshock therapy in a patient receiving chlorpromazine hydrochloride. Am J Psychiatry 111:617–619, 1955

105. Brussel JA, Schneider J: The B.E.S.T. in the treatment and control of chronically disturbed mental patients. Psychiatr Q 25:55–64, 1951

106. Shoor M, Adams IH: The intensive electroshock therapy of chronic disturbed psychotic patients. Am J Psychiatry 107:279–282, 1950

107. Chafetz ME: An active treatment for chronically ill patients. J Nerv Ment Dis 98:464–473, 1943

108. Cheney CO, Drewry PH: Results of nonspecific treatment in dementia praecox. Am J Psychiatry 95:203–217, 1938

109. Funk JC, Shatin L, Freed E, et al: Somatopsychotherapeutic approach to long term schizophrenic patients. Dis Nerv Syst 12:423–437, 1955

110. Roudeau Y, Nadeau G, Delage J, et al: An appraisal of histamine therapy in schizophrenia. J Clin Exp Psychopathol 16:1–9, 1955

111. Stinson B, Kempff N, Lilly V, et al: Prediction of response to electroshock therapy in chronic mental patients. Dis Nerv Syst 33:123–125, 1972

112. Liban E, Halpern L, Rozanski J: Vascular changes in the brain in a fatality following electroshock. J Neuropath Exp Neurol 10:309–318, 1951

113. Exner JE, Murillo LG: A long-term follow-up of schizophrenics treated with regressive ECT. Dis Nerv Syst 38:162–168, 1977

114. Geller MR: Studies on Electroconvulsive Therapy: 1939–1963. Washington, D.C., Superintendent of Documents, PHS 1447, 1965

115. Bender L: The life course of children with schizophrenia. Am J Psychiatry 130:783–786, 1973

116. Bender L: Childhood and adolescent remissions and adult adjustment in shock treated schizophrenic children. Biol Psychiatry (in press)

117. Campbell M: Biological interventions in psychoses of childhood. J Autism Child Schizo 3:347–373, 1973

118. Fish B: Organic therapies—Psychiatric treatment of children, in Freedman AM, Kaplan H (eds): Comprehensive Textbook of Psychiatry vol 43. Baltimore, Williams & Wilkins, 1968, pp 1468–1472

119. Gillis A: A case of schizophrenia in childhood. J Nerv Ment Dis 121:471–472, 1955

120. Heuyer G, Danphin M, Lebovici S: La pratique de l'electrochoc chez l'enfant. Z Kinderpsychiatry 14:60–64, 1947

121. Hift E, Hift S, Spiel W: Ergebnisse der Schockbehandlungen bei kindlichen Schizophrenien. Schweiz Arch Neurol Neurochir Psychiatr 86:256–272, 1960

122. Frankel F: Electro-convulsive therapy in Massachusetts: A task force report. Mass J Ment Health 3:3–29, 1973

123. Stevenson GH, Geoghegan JJ: Prophylactic electroshock. Am J Psychiatry 107:743–748, 1951

124. Geohegan JJ, Stevenson GH: Prophylactic electroshock. Am J Psychiatry 105:494–496, 1949

125. Karliner W, Wehrheim HK: Maintenance convulsive treatments. Am J Psychiatry 212:1113–1115, 1965

126. Hastings DW: Circular manic-depressive reaction modified by "prophylactic electroshock." Am J Psychiatry 118:258–260, 1961

127. Holt WL: Intensive maintenance EST. A clinical note concerning two unusual cases. Int J Neuropsychiatry 1:391–394, 1965

128. Moore NP: The maintenance treatment of chronic psychotics by electrically induced convulsions. J Ment Sci 89:257–269, 1943

129. Fink M: Cholinergic aspects of convulsive therapy. J Nerv Ment Dis 142:475–484, 1966

130. Barker JC, Baker AA: Deaths associated with electroplexy. J Ment Sci 105:339–348, 1959

131. Beresford RH: Legal issues relating to ECT. Arch Gen Psychiatry 25:100–102, 1972

132. Gomez J: Death after ECT. Br Med J p 45, July 6, 1974

133. Hussar AE, Pachter M: Myocardial infarction and fatal coronary insufficiency during

electroconvulsive therapy. JAMA (204)11: 146–149, 1968

134. Engel GL: Psychologic factors in instantaneous cardiac death. N Engl J Med 294:664–665, 1976

135. Blumenthal IJ: Spontaneous seizures and related electroencephalographic findings followed shock therapy. J Nerv Ment Dis 122:581–588, 1955

136. Will OA Jr, Rehfeldt FC, Neumann MA: A fatality in electroshock therapy: Report of a case and review of certain previously described cases. J Nerv Ment Dis 107:105–126, 1948

137. Fink M: CNS sequellae of EST: Risks of therapy and their prophylaxis, in Shagass C, Gershon S, Friedhoff AJ (eds): Psychopathology and Brain Dysfunction. New York, Raven, 1977, pp 223–240

138. Ebaugh FG, Barnacle CH, Neuberger KT: Fatalities following electric convulsive therapy: Report of two cases, with autopsy. Arch Neurol Psychiatry 49:107–117, 1943

139. Gralnick A: Fatalities associated with electric shock treatment of psychoses: Report of two case, with autopsy observations in one of them. Arch Neurol Psychiatry 51:397–402, 1944

140. Meyer A, Teare L: Cerebral fat embolism after electrical convulsion therapy. Br Med J 2:42–44, 1945

141. Alpers BJ, Hughes J: The brain changes in electrically induced convulsions in the human. J Neuropathol Exp Neurol 1:173–180, 1942

142. Larsen EF, Vraa-Jensen G: Ischaemic changes in the brain following electroshock therapy. Acta Psychiatr Neurol Scand 28:75–80, 1953

143. Alpers BJ, Hughes J: Changes in the brain after electrically induced convulsion in cats. Arch Neurol Psychiatry 47:385–398, 1942

144. Heilbrunn G, Weil A: Pathologic changes in the central nervous system in experimental electric shock. Arch Neurol Psychiatry 47:918, 1942

145. Ferraro A, Roizin L, Helfand M: Morphologic changes in the brain of monkeys following convulsions electrically induced. J Neuropathol Exp Neurol 5:285–308, 1946

146. Ferraro A, Roizin L: Cerebral morphologic changes in monkeys subjected to a large number of electrically induced convulsions (32–100). Am J Psychiatry 106:278–284, 1949

147. Hartelius H: Cerebral changes following electrically induced convulsions: An experimental study on cats. Acta Psychiatr Neurol Scand (Suppl) 77:1–128, 1952

148. Barrera SE, Lewis NLC, Pacella BL, et al: Brain changes associated with electrically in-

duced seizures. Trans Am Neurol Assoc p 31, June, 1942

149. Globus JH, van Harreveld A, Wiersma CAG: The influence of electric current application on the structure of the brain of dogs. J Neuropathol Exp Neurol 2:263–276, 1943

150. Lidbeck WL: Pathologic changes in the brain after electric shock: An experimental study on dogs. J Neuropathol Exp Neurol 3:81, 1944

151. Neuberger KT, Whitehead RW, Rutledge EK, et al: Pathologic changes in the brains of dogs given repeated electric shocks. Am J Med Sci 204:381–387, 1942

152. Marjerrison JH, Corsellis JAN: Epilepsy and the temporal lobes. Brain 89:499–530, 1966

153. Norman RM: The neuropathology of status epilepticus. Med Sci Law 4:46–51, 1964

154. Norman RM, Sandry S, Corsellis JAN: The nature and origin of pathoanatomical change in the epileptic brain, in Vinken PT, Bruyn GW (eds): Handbook of Clinical Neurology. Amsterdam, North Holland Publishing, 1974, pp 611–620

155. Meldrum BS, Brierly JB: Prolonged epileptic seizures in primates: Ischemic cell change and its relation to ictal physiological events. Arch Neurol 28:10–17, 1973

156. Meldrum BS, Papy JJ, Toure MF, et al: Four models for studying cerebral lesions secondary to epileptic seizures. Adv Neurol 10:147–61, 1975

157. Smith S: Use of electroplexy (ECT) in psychiatric syndromes complicating pregnancy. J Ment Sci 102:796–800, 1956

158. Forssman H: Follow-up study of sixteen children whose mothers were given electric convulsive therapy during gestation. Acta Psychiatr Scand 30:437–441, 1955

159. Sobel DE: Fetal damage due to ECT, insulin coma, chlorpromazine, or reserpine. Arch Gen Psychiatry 2:606–611, 1960

160. Dornbush RL: Memory and induced ECT convulsions. Semin Psychiatry 4:47–54, 1972

161. Dornbush RL, Williams M: Memory and ECT, in Fink M, Kety S, McGaugh J, et al (eds): Psycholobiology of Convulsive Therapy. Washington, D.C., V. H. Winston and Sons, 1974, pp 199–208

162. Harper RG, Wiens AN: Electroconvulsive therapy and memory. J Nerv Ment Dis 161:245–254, 1975

163. Miller E: The effect of ECT on memory and learning. Br J Med Psychiatry 122:1247–1431, 1966

164. Squire LR, Chace PM: Memory functions six to nine months after electroconvulsive therapy. Arch Gen Psychiatry 32:1557–1568, 1975

165. Sternberg DE, Jarvik ME: Memory functions in depression. Arch Gen Psychiatry 33:219–224, 1976

166. Volavka J: Neurophysiology of ECT. Semin Psychiatry 4:55–65, 1972

167. Volavka J: Is EEG slowing related to the therapeutic effect of convulsive therapy? in Fink M, Kety S, McGaugh J, et al (eds): Psychobiology of Convulsive Therapy. Washington, D.C., V. H. Winston & Sons, 1974, pp 35–40

168. Hoagland H, Malamud W, Kaufman IC, Pincus G: Changes in electroencephalogram and in the excretion of 17-ketosteroids accompanying electroshock therapy of agitated depression. Psychosom Med 8:246–251, 1946

169. Kurland A, Turek IS, Brown CC, et al: Electroconvulsive therapy and EEG correlates of depressive disorders. Compr Psychiatry 17:581–590, 1976

170. Pacella BL, Barrera SE: Spontaneous convulsions following convulsive shock therapy. Am J Psychiatry 101:783–788, 1945

171. Taylor RM, Pacella BC: Significance of abnormal electroencephalograms prior to electroconvulsive therapy. J Nerv Ment Dis 107:220–227, 1948

172. Karliner W: Epileptic states following electroshock therapy. J Hillside Hosp 5:1–9, 1956

173. Assael MI, Halperin B, Alpern S: Centrencephalic epilepsy induced by electrical convulsive treatment. Electroencephalogr Clin Neurophysiol 23:195, 1967

174. Pinel JPJ, Van Oot PH: Generality of the kindling phenomenon: Some clinical implications. Can J Neurol Sci 2:467–475, 1975

175. Goddard G, McIntyre D, Leech C: A permanent change in brain function resulting from daily electrical stimulation. Exp Neurol 25:295–330, 1969

176. Green MA: Relation between threshold and duration of seizures and electrographic change during convulsive therapy. J Nerv Ment Dis 131:117–120, 1960

177. Uhrbrand L, Faurbye A: Reversible and irreversible dyskinesia after treatment with perphenazine, chlorpromazine, reserpine and electroconvulsive therapy. Psychopharmacologia 1:408–418, 1960

178. Elmore JL, Sugerman AA: Precipitation of psychosis during electroshock therapy. Dis Nerv Syst 36:115–117, 1975

179. Kalinowsky LB: Organic psychotic syndromes occurring during electric convulsive therapy. Arch Neurol Psychiatry 53:269–273, 1945

180. Bodlander FMS: Deaths associated with anesthesia. Br J Anaesth 47:36–40, 1975

181. Campbell JE, Weiss WA, Rieder F: Evaluation of deaths associated with anesthesia. Anesth Analg 40:54–68, 1961

182. Collins VJ: Principles of Anesthesiology. Philadelphia, Lea & Febiger, 1976, pp 184–188

183. Phillips OC, Capizzi LS: Anesthesia mortality. Clin Anesth 10:220–244, 1974

184. Hartshorn EA: Interactions of CNS drugs—antidepressants. Drug Intell Clin Pharmacy 8:591–606, 1974

185. Beck PJ, Rees DJ: A toxic interaction between lithium and some psychotropic agents in rats. Res Commun Psychol Psychiatr Behavior 1:269–282, 1976

186. Cohen WJ, Cohen NH: Lithium carbonate, haloperidol, and irreversible brain damage. JAMA 230:1283–1287, 1974