

**NLM Citation:** Henshall DC, Meldrum BS. Cell death and survival mechanisms after single and repeated brief seizures. In: Noebels JL, Avoli M, Rogawski MA, et al., editors. Jasper's Basic Mechanisms of the Epilepsies [Internet]. 4th edition. Bethesda (MD): National Center for Biotechnology Information (US); 2012.
**Bookshelf URL:** https://www.ncbi.nlm.nih.gov/books/



# Cell death and survival mechanisms after single and repeated brief seizures

David C. Henshall[1] and Brian S. Meldrum[2]

The consequences to the brain of repeated brief seizures are germane to epilepsy researchers interested in mechanisms of cell death and the pathophysiology of epilepsy, and to clinicians observing declining cognitive performance and greater intractability in pharmacoresistant patients.

Repeated evoked brief seizures in some animal models can cause neuronal death. The mechanisms underlying this death may involve excitotoxic as well as programmed cell death via gene-dependent apoptotic signalling pathways. There is little evidence, however, that spontaneous seizures in epileptic animals cause cell death.

Are brief seizures harmful to the human brain? Many cross-sectional imaging and neuropathology studies suggest they are; patients with pharmacoresistant epilepsy display reduced brain tissue volume over time. Evidence of progressive damage from longitudinal studies is, however, less compelling.

Analysis of brain samples from pharmacoresistant patients has identified a biochemical signature suggestive of activated pro- as well as anti-apoptotic signalling pathways. Oxidative stress and mitochondrial DNA damage caused by brief seizures might also contribute some long-term effects.

In summary, concern remains that uncontrolled seizures are potentially harmful to the brain. Protecting neurons will be facilitated by improved understanding of cell death-regulatory pathways. This chapter summarises our knowledge of the pathways mediating cell death and survival after brief seizures.

## INTRODUCTION

While it is broadly accepted that *status epilepticus* can directly cause neuronal death, whether single or repeated brief seizures cause neuron loss is controversial. This is an important issue with both scientific and clinical implications. Patients may be concerned with whether their seizures are capable of causing brain damage, and clinicians make treatment decisions based on an assumption that a few seizures are not really harmful. From a scientist's perspective, this issue is pertinent to the pathophysiology of epilepsy and the various mechanisms neurons employ to cope - or otherwise undergo cell death - in response to the repeated stress of frequent seizures. Research using animal models, and pathology and neuroimaging work in patients, show that single or repeated brief seizures under certain circumstances cause neuron loss, but also indicate that neuron loss is not

**Author Affiliations:** 1 Department of Physiology & Medical Physics, Royal College of Surgeons in Ireland, Dublin, Ireland (dhenshall@rcsi.ie). 2 King's College, London, England (brian.meldrum35@googlemail.com).

Copyright © 2012, Michael A Rogawski, Antonio V Delgado-Escueta, Jeffrey L Noebels, Massimo Avoli and Richard W Olsen

2   Case 8:20-cv-01724-TPB-J_S   Document 198-14   Filed 05/15/23   Page 2 of 19 PageID
7041
Jasper's Basic Mechanisms of the Epilepsies

Author Manuscript

an inevitable consequence of a seizure. Recent human studies show signalling pathways associated with apoptosis may be altered in patient brain, offering possible therapeutic opportunities to target seizure-induced neuronal death in different ways.

Hippocampal sclerosis is the most common pathologic finding in temporal lobe epilepsy (TLE). However, there are patients with TLE with no apparent hippocampal damage and people with hippocampal sclerosis without TLE. If hippocampal sclerosis causes TLE, then efforts to prevent this lesion's development are critical. If epileptic seizures cause neuron loss, however, therapeutic efforts to prevent all seizures from occurring become more important. This chapter describes cell death and survival mechanisms after single and repeated brief seizures in animal models and humans. What is the etiology of hippocampal and extra-hippocampal cell loss in intractable TLE? Is there ongoing cell loss in refractory epilepsy? The question of whether single epileptic seizures damage the brain has been the subject of several previous reviews, to which the reader is referred.[1–3] The focus of this chapter is to present the evidence for and against cell death after brief seizures and the molecular mechanisms which may underlie such an outcome. We omit discussion of other forms of neuronal damage (including reversible injury) which may also have significant behavioural or cognitive implications, and the influence of repair mechanisms such as neurogenesis. Discussion of these issues can be found elsewhere.[4]

## Evidence from animal models that single or repeated evoked seizures cause neuron loss

Evidence that single or repeated brief seizures could cause neuronal death emerged from work in animals using electrical stimulation of various brain regions. While "kindling" paradigms are not ordinarily associated with permanent neuron loss,[4] papers published in the early 1990s, particularly by Sutula's laboratory, showed that kindling-induced seizures caused reductions in neuron numbers.[5] Cavazos *et al.,* showed repeated stimulation of the perforant path, olfactory bulb or amygdala resulted in progressive decreases in neuronal density in multiple subfields of the hippocampus, including the hilus, CA1 and CA3, and parts of the entorhinal cortex.[6] The somatosensory cortex was unaffected and changes were not attributable to tissue volume changes.[6]

Other studies using electrically-evoked seizures have reported similar findings.[7–8] Not only is neuron loss progressive, but it may increase with secondarily generalized tonic-clonic seizures.[8] Reduced hippocampal neuron densities have also been reported after electroshock seizures,[9] and in addition to hippocampal neuron loss, a subpopulation of amygdala neurons may also be vulnerable.[10–11] Finally, recent studies by Sloviter and colleagues showed that sustained electrical stimulation of the perforant pathway leading to the hippocampus, which did not cause convulsive seizures or *status epilepticus*, produced extensive neuronal death and hippocampal sclerosis.[12] Thus, repeated brief seizures or sub-convulsive stimulation of the hippocampus in certain models can reproduce patterns of neuron loss similar to those found in human hippocampal sclerosis. (Table 1)

**Table 1.** Summary of findings on neuron loss after single or repeated brief seizures in experimental models.

| *Pathologic outcome* | *Findings* |
| --- | --- |
| Neuron loss after repeated evoked brief seizures | Observed in many but not all models |
| Neuron death detected after repeated evoked brief seizures | Observed in some models |
| Neuron loss after seizures in spontaneously epileptic animals | Inconclusive |
| Neuron loss after seizures in animals with acquired epilepsy | Not currently supported by the evidence |
| Apoptosis-associated signaling | Modulation of Bcl-2 family genes, caspases |

Cell death and survival mechanisms after single and repeated brief seizures

Author Manuscript

## Evidence against single and repeated evoked seizures causing neuron loss

Studies in kindling models have shown that brief single seizures do not necessarily lead to cell loss. Thus, Bertram & Lothman reported reduced neuronal density after kindling, but attributed this to tissue volume expansion.[13] The possible role of tissue volume changes and changes in neuronal morphology in reports of seizure-induced neuronal loss has been emphasized by numerous authors.[2, 14–15] Brandt *et al.,* also argued that neuronal density reductions after extended kindling were due to volume changes and not neuronal death.[16] Other groups also failed to detect neuronal death after kindling in rats,[17–18] and mice.[19] Thus, studies in which neuron counts were used as the principal measure of whether cell loss occurred are not in agreement as to whether brief seizures cause neuronal death (Table 1).

## Detection of acute cell death after evoked single and repeated brief seizures

Direct evidence that brief seizures cause acute neuronal death has been provided by biochemical analyses. Bengzon *et al.,* showed that a single seizure evoked by electrical stimulation of the hippocampus could cause hippocampal neurons to die, as detected by silver staining and staining of cells for irreversible DNA fragmentation using TUNEL (terminal deoxynucleotidyl transferase dUTP nick end labeling).[20] Notably, more stimulations caused proportionately more cells to die.[20] Using similar methods, other groups have also reported that repeated brief seizures cause hippocampal and extra-hippocampal cell death.[11, 21–23] These studies confirm that brief evoked seizures can cause neuronal death in animal models (Table 1).

## Do spontaneous seizures in epileptic animals cause neuron loss?

While brief evoked seizures in nonepileptic animals are useful models they do not capture all aspects of the pathophysiology of spontaneous (i.e. epileptic) seizures. Is there evidence that spontaneous seizures in epileptic animals can cause neuron loss? This would be directly relevant to the etiology of progressive damage in human mesial temporal sclerosis. Two types of model have been studied in this context; animals that are spontaneously epileptic and animals which acquired epilepsy as the result of an initial precipitating injury. With the exception of certain genetically-altered mice with active neurodegeneration, neuron loss does not appear to occur in spontaneously epileptic animals. For example, the hippocampus of spontaneously epileptic EL mice, which experience multiple complex partial seizures with secondary generalization on a weekly basis, shows no obvious neuron loss.[24] Evidence of subfield-specific seizure-induced hippocampal neuron loss has been reported in spontaneously epileptic rats,[25] although no acute cell death after a seizure or a biochemical marker thereof was detected.[25]

Studies in animal models of acquired epilepsy also suggest spontaneous seizures do not cause further neuron loss. Pitkanen *et al.,* reported that a longer duration of epilepsy was not associated with lower numbers of neurons in epileptic rats.[26] Moreover, no acutely degenerating neurons were found in any of the chronically epileptic animals, despite some experiencing more than 10 seizures per day.[26] Other studies appear to corroborate these data; hippocampal damage may continue for some time following *status epilepticus*, but neuron loss does not progress once animals are epileptic.[27–29] (Table 1).

# MOLECULAR MECHANISMS OF CELL DEATH FOLLOWING SINGLE AND REPEATED BRIEF SEIZURES

The molecular mechanisms underlying cell death following single and repeated brief seizures are not as well researched as they have been in models of *status epilepticus* (reviewed in refs. [30–32]). Glutamate-mediated excitotoxicity is the principal mechanism driving neuronal death after *status epilepticus,* whereby excessive

Case 8:20-cv-01724-TPB-J_S    Document 198-14    Filed 05/15/23    Page 4 of 19 PageID 7043

glutamate release leads to intracellular calcium overload, oxidative stress, organelle swelling and rupture of intracellular membranes, activation of proteases and necrosis.[33–34] Is glutamate-mediated toxicity the cause of neuron death after single or repeated brief seizures? We assume that it is, and necrosis has been detected after brief seizures,[11] but there have been no studies using appropriate pharmacological tools demonstrating that cell death can be prevented by glutamate receptor antagonists. Instead, there is biochemical and morphological evidence supporting cellular apoptosis occurring after brief seizures.[7, 20–21] Notably, administration of the *N*-methyl-D-aspartate glutamate receptor antagonist MK801 (which is neuroprotective in models of *status epilepticus*) did not prevent cell death after brief seizures.[20] The pathophysiologic changes caused by brief seizures are no doubt glutamate-driven and may feature perturbed intracellular calcium homeostasis,[35] but through other pathways. These might include non-NMDA receptor-gated calcium entry and disruption of endoplasmic reticulum or mitochondrial function. Thus, apoptosis, which may have overlapping mechanisms of activation with necrosis, contributes to cell death after single or repeated brief seizures.

## Molecular control of apoptosis

Apoptosis is a form of programmed cell death used to dispose of unwanted or damaged cells in a controlled manner. Excess neurons are removed during brain development by apoptosis and apoptosis also occurs after the developing or mature brain is exposed to, or deprived of, certain substances. For example, ethanol exposure triggers widespread apoptosis in the developing rat brain,[36] and adrenalectomy triggers apoptosis of dentate granule neurons.[37]

Two main molecular pathways control apoptosis - extrinsic and intrinsic.[38–39] The extrinsic pathway is triggered by surface-expressed death receptors of the tumor necrosis factor (TNF) superfamily on binding their ligands (secreted cytokines such as TNFα). The intrinsic pathway is mitochondria-mediated, and activated by an array of intracellular stressors including DNA damage and perturbation of intracellular calcium homeostasis or organelle function.[40–41] This pathway is regulated by members of the Bcl-2 gene family at the point of initiation. Both pathways result in the downstream activation of a group of enzymes called caspases.

### Caspases

The caspases are a family of cysteinyl aspartate-specific proteases expressed in healthy cells in an inactive zymogen form. Caspases share a common structure comprising an *N*-terminal pro-domain followed by a large ~20 kD subunit and smaller ~10 kD subunit. Caspases regulating apoptosis are typically organized into two functional groups: The upstream initiators, have long pro-domains. Activation of these requires protein-protein binding interactions between the pro-domain and scaffolding molecules activated in response to pro-apoptotic stimuli. For example, the pro-domain of caspase-8 binds to regions on signalling molecules recruited to the intracellular side of activated death receptors, whereas the pro-domain of caspase-9 associates with the apoptotic protease activating factor 1 (Apaf-1) forming the so-called apoptosome in association with released cytochrome *c* from mitochondria.[42] Activated initiator caspases then cleave and remove the short pro-domain of apoptosis effector (or executioner) caspases, thereby activating them.[42] Caspase-3 and other effector caspases such as caspases 6 and 7 then cleave numerous proteins within the cell, including structural proteins (a full listing can be found at http://bioinf.gen.tcd.ie/casbah/). Collectively, the caspase system results in hallmark morphological changes, DNA fragmentation (which can be detected by TUNEL), and eventual dispersal of the cell within membrane-enclosed apoptotic "bodies" to be phagocytosed by surrounding cells.

### Bcl-2 family proteins

Bcl-2 family proteins function as critical regulators of apoptosis by controlling the release of intra-mitochondrial apoptogenic molecules via effects on outer mitochondrial membrane permeability. The Bcl-2 family comprises both pro- and anti-apoptotic members which share one or more Bcl-2 homology (BH) domains. Anti-apoptotic members include Bcl-2 and Bcl-xL, which possess four BH domains in common and a transmembrane

Author Manuscript    Author Manuscript    Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

anchoring domain. The multi-domain pro-apoptotic members include Bax and Bak which only possess BH domains 1–3.[43]

BH3-only proteins are a sub-group of the pro-apoptotic Bcl-2 family. These function as upstream initiators of apoptosis by binding and either inactivating anti-apoptotic Bcl-2 family proteins or directly activating pro-apoptotic Bax/Bak. BH3-only proteins are highly heterogeneous. Some reside inactively in normal cells and require post translational modification to be active, while others require transcriptional upregulation by cell stress or damage. Bad, for example, is expressed in many cells (including neurons) but requires dephosphorylation and disengagement from a chaperone protein called 14-3-3 to be active. In contrast, the more potently pro-apoptotic members such as Puma, require transcriptional up-regulation, for example via DNA damage-sensing proteins such as p53.[43] Once activated, Bax/Bak trigger release of cytochrome *c* from mitochondria initiating the intrinsic apoptosis pathway, culminating in caspase-dependent or –independent cell death.[41] (Figure 1)

## Other survival pathways

In addition to the anti-apoptotic arm of the Bcl-2 family, other anti-apoptotic molecules have been identified. These include protein kinase B (Akt) which is activated downstream of phosphatidylinositol 3 (PI3) kinase, which itself lies downstream of certain cytokine and surface-expressed growth and survival factor receptors.[44] Activated Akt can block apoptosis by phosphorylating and inhibiting Bad or the FoxO/Bim pathway.[45–46] The inhibitor of apoptosis protein (IAP) family functions mainly by direct inhibition of caspases and by targeting them for degradation by the proteasome.[47] (Figure 2)

# Evidence of apoptosis-associated signalling pathways after brief seizures

Molecular evidence of apoptosis after brief seizures was first reported by Zhang *et al.* who detected an increase in *bax* mRNA, but unchanged *bcl-2,* expression in hilar neurons in the rat hippocampus following multiple kindling seizures.[21] Other studies have confirmed that kindling seizures cause hippocampal up-regulation of *bax* as well as an increase in Bax protein.[48] Down regulation of anti-apoptotic Bcl-2 family proteins also occurs after repeated brief seizures.[48] The extrinsic apoptosis pathway may also be activated by brief seizures since kindling increases brain levels of TNFα.[49] Increased caspase-like enzyme activity and *in situ* staining of activated caspase-3 has been found in hippocampus after kindling seizures.[22, 50]

Changes to Bcl-2 family protein expression have also been observed in models of electroshock-induced convulsions. Here, anti-apoptotic changes predominate, including down regulation of pro-apoptotic *bcl-xs* and Bim,[51–52] and up-regulation of anti-apoptotic Bcl-w.[53] This pattern supports protection, rather than cell death.

There are no data on Bcl-2 family protein expression or function in epileptic animals. There is, however, evidence of caspase activity within the hippocampus of epileptic animals,[54–55] which may reflect ongoing cell death. The location of the active caspase signal within dendritic fields also supports caspase-mediated restructuring of neurons or other processes.[56].

It should be emphasized that the studies to date have not proven the apoptosis-associated gene changes are responsible for cell death in these models. This requires protein-protein interactions to be demonstrated and functional studies assessing, for example, damage in mice lacking specific genes. Evidence that genes associated with apoptosis can regulate seizure-induced neuronal death has been provided, however, from models of *status epilepticus*. Mice lacking BH3-only proteins Bim and Puma are protected against *status epilepticus*-induced neuronal death.[57–59] and Bcl-2 and death receptor signalling protein complexes are formed in the hippocampus in these models.[52, 60–61]

Author Manuscript

Author Manuscript

Author Manuscript



**Figure 1. Pro-apoptotic signaling pathways.** Diagram depicts major pro-apoptotic signaling pathways. BH3-only proteins function as upstream sentinels of cell stress. Bid is activated by caspase-8 which is itself activated downstream of death receptors. Bad is activated by calcium-dependent phosphatases, while Bim and Puma are up-regulated by FoxO or p53, respectively. BH3-only proteins trigger Bax-Bak activation and apoptogenic factors are released from mitochondria, including cytochrome *c* (cyt c) which activates the apoptosome and caspase cascade, and apoptosis-inducing factor (AIF). Ancillary pathways include induction of apoptosis via the ASK1/JNK/c-Jun pathway and other pathways such as those downstream of endoplasmic reticulum stress.

## Animal studies - summary

Evoked brief seizures can cause neuronal death within the hippocampus and neocortex in animal models. The cell death has some of the biochemical and morphological features of apoptosis. In contrast, we do not have compelling evidence that spontaneous seizures in epileptic animals cause neuron loss. Both types of model show alterations in the expression of genes from the major families regulating apoptosis. Although we await evidence this contributes to neuronal death after brief seizures, it has been demonstrated in models of prolonged seizures.

## HUMAN CLINICO-PATHOLOGIC STUDIES: IS THERE DAMAGE PROGRESSION IN INTRACTABLE TEMPORAL LOBE EPILEPSY?

Neuron loss, particularly within the hippocampus, is a widely observed pathologic hallmark of refractory TLE in humans. Whether chronic epileptic seizures in patients cause neuron loss, however, or instead that pathology arises independently from an initial precipitating injury or other (for example, genetic) factor(s),[62] remains debated. In the next part of this chapter, we summarize various clinico pathological and neuroimaging studies which have provided evidence for and against neuron loss as a result of repeated brief seizures in humans.

Author Manuscript

Author Manuscript

Author Manuscript



**Figure 2. Anti-apoptotic signaling pathways.** Diagram depicts key anti-apoptotic proteins which disrupt cell death at various points. FLIP (FLICE-like inhibitory protein) blocks the death receptor/caspase-8 pathway. Bcl-2 (plus the related Bcl-xL and Bcl-w) blocks pro-apoptotic Bcl-2 family proteins. Heat shock proteins (HSPs) inhibit mitochondrial apoptogenic proteins and the ASK1/JNK pathway. Akt downstream of various growth factor and other pathways inhibits the FoxO transcription factor and Bad. Inhibitor of apoptosis proteins (IAPs) mainly function by blocking caspases. Murine double minute 2 (MDM2) regulates p53 levels.

# Hippocampal neuron loss in human temporal lobe epilepsy

There is a long history of studies identifying hippocampal neuron loss in TLE.[63–65] Most commonly, neuron loss is evident within the CA1 and endfolium or hilar region of the dentate gyrus.[66] Neuron loss and attendant gliosis are usually also evident in the CA3 subfield. While damage to the CA2 subfield and dentate gyrus tends to be less overt, neuron loss is evident in more severe cases.

A common source of evidence for seizures causing neuron loss in the human hippocampus is the association between longer seizure histories and greater neuron loss. For example, Mouritzen Dam, in a study of 20 patients with partial complex and generalized tonic-clonic seizures, found bilateral neuron loss that was most extensive in the end folium, CA3/4 and dentate granule cell layer.[67] The severity of neuron loss correlated with a longer duration of epilepsy, implying an effect of chronic seizures.[67] Similar conclusions were drawn from the large study by Mathern *et al.,* of neuron densities in 572 hippocampal specimens from TLE patients.[68] Neuron counts decreased with longer seizure histories independent of TLE pathology or aging, implying repeated seizures over many years (or factors linked to these) cause additional hippocampal neuron loss. However, the authors emphasized their data showed hippocampal sclerosis to be an acquired pathology generated mainly by an initial precipitating injury, with a relatively small contribution from chronic seizures.[68] Similar conclusions were reached when hippocampal damage was examined in patients with TLE as a result of a temporal lobe mass.[69] (Table 2)

Author Manuscript

**Table 2.** Summary of clinical findings on neuron loss in human epilepsy.

| Pathology | Neuron loss in hilus, CA1, CA3 >> CA2, granule neurons; Cerebral cortex (layers II–III), cerebellum |
|---|---|
| Cross-sectional neuroimaging | Hippocampal volume loss proportional to duration of epilepsy |
| Longitudinal imaging | Mixed; evidence for and against progressive damage |
| Acute cell death markers | Temporal lobe TUNEL-stained cells in some but not all studies |

# Pathology in non-hippocampal regions

Extra hippocampal pathology within adjacent mesial limbic structures is present in a subset of patients with hippocampal sclerosis.[66] Affected structures include the amygdala, thalamus and neocortex. Nevertheless, a majority of patients with TLE do not develop cortical neuron loss. A recent study reported just 11 % of surgically-treated TLE cases also had neocortical neuron loss,[70] and no significant cortical neuron loss was reported in another study.[71] The explanation for extra hippocampal/neocortical neuron loss in a subpopulation of patients is not yet known. It may be the result of more frequent or generalized seizures, or it may be due to an earlier initial precipitating injury.[70] (Table 2).

# Neuroimaging evidence of damage progression in intractable TLE

## Hippocampus

Many cross-sectional neuroimaging studies have reported lower hippocampal volumes in patients with epilepsy compared to controls, and lower still in patients with drug-resistant epilepsy.[72–79, 80, 81–84] Studies have also shown that hippocampal volume loss correlates with the number of epileptic seizures.[74, 79] It should be noted, however, that not all studies explicitly state whether patients who experienced *status epilepticus* were excluded, and there are examples of cross-sectional studies which failed to find an association between epileptic seizures and hippocampal volume reduction.[85] Twin studies using imaging have also contributed evidence that hippocampal sclerosis is an acquired lesion. For example, volumetric and T2 imaging of monozygotic twins by Jackson *et al.* determined hippocampal sclerosis was present only in the twin with epilepsy.[86]

Longitudinal studies allow imaging of the same patients and controls over time, although they generally feature small cohorts and cover quite short periods of time.[87] Conclusions from such studies on whether epileptic seizures cause progressive volume decline are mixed. Neuroimaging over periods of less than 4 years has detected hippocampal volume decline in relation to the number of generalized,[88] and complex partial,[89] seizures. However, several reports failed to detect reductions in hippocampal volume in epilepsy patients that exceeded those in controls over the same period.[83–84, 90–91] Thus, current longitudinal studies have not resolved the question of progressive hippocampal atrophy in TLE (Table 2).

## Imaging: non hippocampal regions

Neuroimaging studies have reported extra-hippocampal atrophy in patients with pharmacoresistant TLE. Regions affected include the entorhinal cortex and the amygdala ipsilateral to the seizure focus,[81, 92–94] as well as frontal poles, lateral temporal and occipital regions,[95] and contralateral regions.[94] Some cortical decreases were found to relate to the duration of epilepsy implying a role for repeated seizures in the changes.[95] Interestingly, extra hippocampal atrophy is more prominent in patients with left hemisphere TLE.[93]

We have few longitudinal imaging studies of non hippocampal atrophy on which to base conclusions. Progressive atrophy involving orbitofrontal, insular and angular regions has been reported in pharmacorefractory TLE patients.[94] Studies by Liu and colleagues, however, found that although patients with chronic epilepsy developed more neocortical volume loss compared to controls over a 3.5 year period, this related to age and medication history rather than an association with frequency of seizures.[96]

## Summary – imaging evidence of seizure-induced neuron loss in human studies

Cross-sectional imaging studies support recurrent epileptic seizures as a cause of neuronal damage in the hippocampus of patients with TLE. There may also be seizure-induced neocortical neuron loss in some patients. Nevertheless, major hippocampal atrophy probably results from an initial precipitating injury rather than because of recurring epileptic seizures. Longitudinal neuroimaging offers a better method for determining the effects of recurrent seizures in epilepsy patients, but findings to date are mixed. Taken together, neuroimaging studies suggest structural damage is not an inevitable consequence of epileptic seizures in humans, in agreement with animal studies.

## Histologic evidence of acute cell death in human temporal lobe epilepsy

Histological analyses of resected material have found evidence of acute cell death in patients with pharmacoresistant TLE. Henshall *et al.* detected TUNEL-positive cells in two of six neocortical resections from pharmacoresistant patients.[97] The same group, studying hippocampal sections, found TUNEL-positive cells in 9 out of 10 samples,[52, 98]; TUNEL-positive cells displayed features consistent with apoptosis.[98] However, the numbers were very low (ranging from zero to four per section) and did not differ statistically from controls.[52, 98] TUNEL-positive cells were also reported to be higher in TLE sections compared to controls in another study,[99] but were not found in three other reports.[100–102] (Table 2). These studies suggest there is at most very small-scale acute cell death in temporal lobe structures from pharmacoresistant epilepsy patients. Isolated, dying cells may, however, be rapidly removed after seizures and difficult to detect; no study has yet undertaken an assessment of complete hippocampal resections and counting has not been stereological.

# MOLECULAR EVIDENCE OF APOPTOSIS-ASSOCIATED SIGNALLING IN HUMAN TEMPORAL LOBE EPILEPSY

The first studies to address whether programmed cell death/apoptosis signalling pathways were altered in the temporal lobe of patients experiencing frequent seizures emerged in the late 1990s. These descriptive reports noted increased Bcl-2 staining in astrocytes, although found Bcl-2 and Bcl-xL immunoreactivity in residual neurons of sclerotic hippocampi was similar to that in controls.[103] Glioneuronal hamartias, a form of cerebral dysgenesis, were strongly immunoreactive for Bcl-2.[103] Another early study noted that Bax immunoreactivity was stronger in TLE patients compared to control subjects and elderly drug-treated epileptics.[104]

## Bcl-2 and caspase family genes

The first study to apply quantitative measures of apoptosis-associated gene expression was done by Simon and colleagues at the University of Pittsburgh.[97] They reported data from 19 resected TLE patient temporal neocortex samples and six age- and gender-matched autopsy controls. Using Western blot analysis, they showed higher levels of Bcl-2 and Bcl-xL in patient brain (Tables 3, 4). Immunohistochemistry showed that neurons were the main cell type expressing Bcl-2, while Bcl-xL stained mainly astrocytes.[97] The cleaved form of caspase-1 and caspase-3 were also detected in TLE samples but not in the controls.[97] The elevated Bcl-2 and Bcl-xL levels might be molecular adaptations to inhibit cell death in surviving cells, while the activated caspases might be contributing to progressing pathology. Indeed, animal data show over-expressing Bcl-2 or Bcl-xL is neuroprotective against excitotoxic insults,[105–106] while over expression of caspase-3 enhances neurodegeneration after ischemia.[107] Caspase-1 knockout mice are refractory to kainic acid-induced seizures[108] so the presence of cleaved caspase-1 in human TLE might have pro-epileptic consequences in addition to, or instead of, a cell death-regulatory function.

Author Manuscript

**Table 3. Expression of pro-apoptotic proteins in human TLE.**

| |
|---|
| *Increased* |
| Pro-caspases 2, 3, 6, 7, and 9 (hippocampus or neocortex) |
| Cleaved caspases 1, 3, 7, 8 and 9 (hippocampus or neocortex) |
| Bax[*] (hippocampus, neocortex) |
| p53 (hippocampus) |
| Tumor necrosis factor receptor 1[**] (hippocampus) |
| Nuclear caspase-activated DNase (hippocampus) |
| Apoptosis signal-regulating kinase 1 (hippocampus) |
| *Decreased/inhibited* |
| BH3-only subgroup protein Bim (hippocampus) |
| FoxO transcription factors (hippocampus) |

[*] studies have also reported no changes to Bax
[**] TNFR1 may have non-cell death related functions.

**Table 4. Expression of anti-apoptotic proteins in TLE brain tissue.**

| |
|---|
| *Increased* |
| 1.  Bcl-2, Bcl-xL[*] and Bcl-w (hippocampus or neocortex) |
| 2.  Akt phosphorylation (hippocampus) |
| 3.  X-linked IAP binding to caspase-7 (hippocampus) |
| *Decreased* |
| 1.  MDM2 (p53 negative regulator) |

[*] Bcl-xL was increased in neocortex but not in hippocampus

## Findings from other cohorts

Pro-apoptotic Bax expression has been reported to be moderately elevated in TLE hippocampi,[101] although this was not found in another study.[102] Several laboratories, using cohorts ranging from 12–24 patients, have also detected higher Bcl-2 levels in neurons and also glia in resected TLE hippocampi.[101–102, 109] Levels of Bcl-w, another anti-apoptotic Bcl-2 family protein, are also elevated in resected TLE hippocampus.[53] Notably, Bcl-w expression in the hippocampus of mice is increased by exposure to repeated brief seizures.[53] This increase may protect hippocampus since over-expressing Bcl-w prevents excitotoxic (ischemic) injury *in vivo,* [110] while the absence of *bcl-w* increases neuron loss after *status epilepticus.*[53]

Another protective adaptation may be a reduction in levels of BH3-only protein Bim in TLE hippocampus.[52, 111] (Table 3) Again, animal models of brief seizures have recapitulated this pattern,[52] which is very likely protective since the hippocampus of mice lacking *bim* are protected against *status epilepticus.*[59] Other BH3-only proteins may also be important; mice lacking the BH3-only protein Puma develop less hippocampal damage after *status epilepticus.*[57–58]

## Other caspases

Differences in the expression many caspases have been detected in human TLE brain samples. Caspases 2, 3, 6, 7 and 9 have all been reported to be over-expressed and their active forms found,[55, 102, 111–112] and immunohistochemistry has localized cleaved caspases within neuron-like cells in TLE brain.[112–113] These data

are evidence that caspase-mediated pro-apoptotic signalling occurs in human TLE. Caspases appear to localize within both the cell soma and dendrites,[55, 111, 113] supporting caspase-mediated cleavage of intracellular structural or synaptic proteins.[114]

## Other pro- and anti-apoptotic proteins

Other putatively pro-apoptotic proteins have been reported to be increased in human TLE tissue. There are increased nuclear levels of the caspase-activated DNase, the enzyme responsible for the hallmark DNA laddering seen in apoptosis, in TLE samples.[113] Other pro-apoptotic proteins showing higher expression in TLE include apoptosis signal-regulating kinase-1 (ASK1),[112, 115] c-Jun,[116] death-associated protein kinase,[98] Fas and its signalling components,[102, 115] p53,[102, 117] and TNF receptor 1.[115]. (Table 3)

In addition to anti-apoptotic Bcl-2 family proteins, several other anti-apoptotic proteins are over- expressed in resected TLE tissue. This includes protein kinase B (Akt),[52] heat shock protein 70,[116] endoplasmic reticulum stress-activated proteins such as glucose-regulated proteins 78/94, [111–112] and the cellular inhibitor of apoptosis protein-2 (cIAP-2).[118] (Table 4)

## Summary – molecular evidence of apoptosis in human TLE

Alterations to apoptosis-associated signalling pathways are widely found in TLE tissue. Human findings probably reflect seizure-induced stress and the resulting adjustments to the molecular repertoire between adaptations which prevent neuron loss and, occasionally, signalling which ultimately results in cell death. Higher levels of anti-apoptotic Bcl-2 family proteins and related molecules may raise the threshold required for a seizure to cause cell death thereby countering the influence of pro-apoptotic molecules such as caspases. This may explain why so little acute cell death occurs in patients experiencing frequent seizures. This interpretation is consistent with animal data showing thatchanges to levels of apoptosis-associated genes can prevent, or exacerbate, seizure-induced neuronal death.

# MITOCHONDRIAL DNA DAMAGE IN EPILEPSY

Repeated seizures may result in other changes which enhance neuronal vulnerability over time. Mitochondrial function is critical for normal neuronal excitability but mitochondria are also the primary sites in the cell for production of reactive oxygen species (ROS). Seizures increase ROS production, and studies suggest this depletes cellular antioxidants, interferes with function of electron transport chain enzymes and causes DNA damage.[119] Indeed, mice over-expressing the mitochondrially-localized superoxide dismutase 2 are protected against seizure-induced neuronal death.[120] Mitochondrial DNA (mtDNA) damage,[121] and mtDNA copy number reductions,[122–123] have also been reported in hippocampal tissue from epileptic rats, which has been suggested to contribute to reduced electron transport chain activity. Over time, neurons may become more susceptible to seizures and to their deleterious consequences, such as cationic overload.[119] Other groups, however, have not detected a reduction in electron transport chain enzymes in epileptic animals,[124] or even found expression to be increased.[125] Evidence of mitochondrial dysfunction has been reported in hippocampal tissue from TLE patients.[126–127] Together, cumulative mtDNA damage and compromised mitochondrial function may enhance neuronal vulnerability to seizures and contribute to epileptogenesis.

# CHAPTER SUMMARY AND FUTURE QUESTIONS

Brief seizures can cause neuronal death in animal models. There is emerging evidence that apoptosis-associated signalling pathways are activated by these seizures, but so far we only have proof these contribute to cell death in models of *status epilepticus*. There is little evidence that spontaneous seizures in epileptic animals cause acute cell death, but these animals nevertheless display alterations in apoptosis-associated pathways. In humans, there is evidence that recurrent seizures cause subtle or diffuse neuron loss in affected structures. Histopathologic

Author Manuscript

Author Manuscript

Author Manuscript

Case 8:20-cv-01724-TPB-J_S  Document 198-14  Filed 05/15/23  Page 12 of 19 PageID 7051

analyses have found a molecular signature of apoptosis-associated signalling in resected neocortical and hippocampal material from pharmacoresistant TLE patients.

Several questions remain to be answered. Is the frequency/clustering of seizures, or particular seizure types, for example secondarily generalized, more harmful? We await additional longitudinal neuroimaging studies specifically focused on comparing outcomes of different seizure types and severities. Future studies of pro- and anti-apoptotic signalling molecules should determine whether these occur in the same or different cells. Mouse models can make important contributions by allowing us to test which genes actually affect cell death following repeated brief seizures; in particular, they will allow us to test the influence of the particular genes in epileptic animals. This chapter has summarised the evidence for and against neuron loss after single and repeated brief seizures in animal models and human epilepsy and highlights the molecular pathways of apoptosis as a potential contributor to cell death and survival decisions.

The authors would like to thank Roger P. Simon, MD for helpful suggestions.

# References

1. Cole AJ, Koh S, Zheng Y. Are seizures harmful: what can we learn from animal models. Prog Brain Res. 2002;135:13–23. PubMed PMID: 12143335.
2. Sutula TP, Hagen J, Pitkanen A. Do epileptic seizures damage the brain? Curr Opin Neurol. 2003;16(2):189–95. PubMed PMID: 12644748.
3. Rocha LL, Lopez-Meraz ML, Niquet J, Wasterlain CG. Do single seizures cause neuronal death in the human hippocampus? Epilepsy Curr. 2007;7(3):77–81. PubMed PMID: 17520081.
4. Morimoto K, Fahnestock M, Racine RJ. Kindling and status epilepticus models of epilepsy: rewiring the brain. Prog Neurobiol. 2004;73(1):1–60. PubMed PMID: 15193778.
5. Cavazos JE, Sutula TP. Progressive neuronal loss induced by kindling: a possible mechanism for mossy fiber synaptic reorganization and hippocampal sclerosis. Brain Res. 1990;527(1):1–6. PubMed PMID: 2282474.
6. Cavazos JE, Das I, Sutula TP. Neuronal loss induced in limbic pathways by kindling: evidence for induction of hippocampal sclerosis by repeated brief seizures. J Neurosci. 1994;14(5 Pt 2):3106–21. PubMed PMID: 8182460.
7. Sloviter RS, Dean E, Sollas AL, Goodman JH. Apoptosis and necrosis induced in different hippocampal neuron populations by repetitive perforant path stimulation in the rat. J Comp Neurol. 1996;366(3):516–33. PubMed PMID: 8907362.
8. Kotloski R, Lynch M, Lauersdorf S, Sutula T. Repeated brief seizures induce progressive hippocampal neuron loss and memory deficits. Prog Brain Res. 2002;135:95–110. PubMed PMID: 12143373.
9. Zarubenko II, Yakovlev AA, Stepanichev MY, Gulyaeva NV. Electroconvulsive shock induces neuron death in the mouse hippocampus: correlation of neurodegeneration with convulsive activity. Neurosci Behav Physiol. 2005;35(7):715–21. PubMed PMID: 16433067.
10. Callahan PM, Paris JM, Cunningham KA, Shinnick-Gallagher P. Decrease of GABA-immunoreactive neurons in the amygdala after electrical kindling in the rat. Brain Res. 1991;555(2):335–9. PubMed PMID: 1933342.
11. Pretel S, Applegate CD, Piekut D. Apoptotic and necrotic cell death following kindling induced seizures. Acta Histochem. 1997;99(1):71–9. PubMed PMID: 9150799.
12. Norwood BA, Bumanglag AV, Osculati F, Sbarbati A, Marzola P, Nicolato E, Fabene PF, Sloviter RS. Classic hippocampal sclerosis and hippocampal-onset epilepsy produced by a single "cryptic" episode of focal hippocampal excitation in awake rats. J Comp Neurol. 2010;518(16):3381–3407. PubMed PMID: 20575073.
13. Bertram EH 3rd, Lothman EW. Morphometric effects of intermittent kindled seizures and limbic status epilepticus in the dentate gyrus of the rat. Brain Res. 1993;603(1):25–31. PubMed PMID: 8453475.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

14. Guillery RW, August BK. Doubt and certainty in counting. Prog Brain Res. 2002;135:25–42. PubMed PMID: 12143345.

15. West MJ. Design-based stereological methods for counting neurons. Prog Brain Res. 2002;135:43–51. PubMed PMID: 12143362.

16. Brandt C, Ebert U, Loscher W. Epilepsy induced by extended amygdala-kindling in rats: lack of clear association between development of spontaneous seizures and neuronal damage. Epilepsy Res. 2004;62(2–3):135–56. PubMed PMID: 15579302.

17. Khurgel M, Switzer RC 3rd, Teskey GC, Spiller AE, Racine RJ, Ivy GO. Activation of astrocytes during epileptogenesis in the absence of neuronal degeneration. Neurobiol Dis. 1995;2(1):23–35. PubMed PMID: 8980006.

18. Tuunanen J, Pitkanen A. Do seizures cause neuronal damage in rat amygdala kindling? Epilepsy Res. 2000;39(2):171–6. PubMed PMID: 10759304.

19. Watanabe Y, Johnson RS, Butler LS, Binder DK, Spiegelman BM, Papaioannou VE, McNamara JO. Null mutation of c-fos impairs structural and functional plasticities in the kindling model of epilepsy. J Neurosci. 1996;16(12):3827–36. PubMed PMID: 8656277.

20. Bengzon J, Kokaia Z, Elmer E, Nanobashvili A, Kokaia M, Lindvall O. Apoptosis and proliferation of dentate gyrus neurons after single and intermittent limbic seizures. Proc Natl Acad Sci U S A. 1997;94(19):10432–7. PubMed PMID: 9294228.

21. Zhang LX, Smith MA, Li XL, Weiss SR, Post RM. Apoptosis of hippocampal neurons after amygdala kindled seizures. Brain Res Mol Brain Res. 1998;55(2):198–208. PubMed PMID: 9582422.

22. Cole-Edwards KK, Musto AE, Bazan NG. c-Jun N-terminal kinase activation responses induced by hippocampal kindling are mediated by reactive astrocytes. J Neurosci. 2006;26(32):8295–304. PubMed PMID: 16899724.

23. Gawlowicz M, Reichert M, Wojcierowski J, Czuczwar SJ, Borowicz KK. Apoptotic markers in various stages of amygdala kindled seizures in rats. Pharmacol Rep. 2006;58(4):512–8. PubMed PMID: 16963797.

24. Drage MG, Holmes GL, Seyfried TN. Hippocampal neurons and glia in epileptic EL mice. J Neurocytol. 2002;31(8–9):681–92. PubMed PMID: 14501207.

25. Hanaya R, Sasa M, Sugata S, Tokudome M, Serikawa T, Kurisu K, Arita K. Hippocampal cell loss and propagation of abnormal discharges accompanied with the expression of tonic convulsion in the spontaneously epileptic rat. Brain Res. 2010;1328:171–80. PubMed PMID: 20211153.

26. Pitkanen A, Nissinen J, Nairismagi J, Lukasiuk K, Grohn OH, Miettinen R, Kauppinen R. Progression of neuronal damage after status epilepticus and during spontaneous seizures in a rat model of temporal lobe epilepsy. Prog Brain Res. 2002;135:67–83. PubMed PMID: 12143371.

27. Liu Z, Nagao T, Desjardins GC, Gloor P, Avoli M. Quantitative evaluation of neuronal loss in the dorsal hippocampus in rats with long-term pilocarpine seizures. Epilepsy Res. 1994;17(3):237–47. PubMed PMID: 8013446.

28. Nairismagi J, Grohn OH, Kettunen MI, Nissinen J, Kauppinen RA, Pitkanen A. Progression of brain damage after status epilepticus and its association with epileptogenesis: a quantitative MRI study in a rat model of temporal lobe epilepsy. Epilepsia. 2004;45(9):1024–34. PubMed PMID: 15329065.

29. Gorter JA, Goncalves Pereira PM, van Vliet EA, Aronica E, Lopes da Silva FH, Lucassen PJ. Neuronal cell death in a rat model for mesial temporal lobe epilepsy is induced by the initial status epilepticus and not by later repeated spontaneous seizures. Epilepsia. 2003;44(5):647–58. PubMed PMID: 12752463.

30. Fujikawa DG. Prolonged seizures and cellular injury: understanding the connection. Epilepsy Behav. 2005;7(Suppl 3):S3–11. PubMed PMID: 16278099.

31. Henshall DC, Simon RP. Epilepsy and apoptosis pathways. J Cereb Blood Flow Metab. 2005;25(12):1557–1572. PubMed PMID: 15889042.

32. Engel T, Henshall DC. Apoptosis, Bcl-2 family proteins and caspases: the ABCs of seizure-damage and epileptogenesis. Int J Physiol Pathophysiol Pharmacol. 2009;1:97–115. PubMed PMID: 21383882.

33. Meldrum BS. Excitotoxicity and selective neuronal loss in epilepsy. Brain Pathol. 1993;3(4):405–12. PubMed PMID: 8293196.

Author Manuscript

Author Manuscript

34. Meldrum BS. Glutamate as a neurotransmitter in the brain: review of physiology and pathology. J Nutr. 2000;130(4S Suppl):1007S–15S. PubMed PMID: 10736372.

35. Orrenius S, Zhivotovsky B, Nicotera P. Regulation of cell death: the calcium-apoptosis link. Nat Rev Mol Cell Biol. 2003;4(7):552–65. PubMed PMID: 12838338.

36. Ikonomidou C, Bittigau P, Ishimaru MJ, Wozniak DF, Koch C, Genz K, Price MT, Stefovska V, Horster F, Tenkova T, Dikranian K, Olney JW. Ethanol-induced apoptotic neurodegeneration and fetal alcohol syndrome. Science. 2000;287(5455):1056–60. PubMed PMID: 10669420.

37. Sloviter RS, Dean E, Neubort S. Electron microscopic analysis of adrenalectomy-induced hippocampal granule cell degeneration in the rat: apoptosis in the adult central nervous system. J Comp Neurol. 1993;330(3):337–51. PubMed PMID: 8468410.

38. Taylor RC, Cullen SP, Martin SJ. Apoptosis: controlled demolition at the cellular level. Nat Rev Mol Cell Biol. 2008;9(3):231–41. PubMed PMID: 18073771.

39. Hotchkiss RS, Strasser A, McDunn JE, Swanson PE. Cell death. N Engl J Med. 2009;361(16):1570–83. PubMed PMID: 19828534.

40. Demaurex N, Distelhorst C. Cell biology. Apoptosis--the calcium connection. Science. 2003;300(5616):65–7. PubMed PMID: 12677047.

41. Galluzzi L, Blomgren K, Kroemer G. Mitochondrial membrane permeabilization in neuronal injury. Nat Rev Neurosci. 2009;10(7):481–94. PubMed PMID: 19543220.

42. Lavrik IN, Golks A, Krammer PH. Caspases: pharmacological manipulation of cell death. J Clin Invest. 2005;115(10):2665–72. PubMed PMID: 16200200.

43. Youle RJ, Strasser A. The BCL-2 protein family: opposing activities that mediate cell death. Nat Rev Mol Cell Biol. 2008;9(1):47–59. PubMed PMID: 18097445.

44. Engelman JA, Luo J, Cantley LC. The evolution of phosphatidylinositol 3-kinases as regulators of growth and metabolism. Nat Rev Genet. 2006;7(8):606–19. PubMed PMID: 16847462.

45. Datta SR, Dudek H, Tao X, Masters S, Fu H, Gotoh Y, Greenberg ME. Akt phosphorylation of BAD couples survival signals to the cell- intrinsic death machinery. Cell. 1997;91(2):231–41. PubMed PMID: 9346240.

46. Brunet A, Bonni A, Zigmond MJ, Lin MZ, Juo P, Hu LS, Anderson MJ, Arden KC, Blenis J, Greenberg ME. Akt promotes cell survival by phosphorylating and inhibiting a Forkhead transcription factor. Cell. 1999;96(6):857–68. PubMed PMID: 10102273.

47. Salvesen GS, Duckett CS. IAP proteins: blocking the road to death's door. Nat Rev Mol Cell Biol. 2002;3(6):401–10. PubMed PMID: 12042762.

48. Akcali KC, Sahiner M, Sahiner T. The role of bcl-2 family of genes during kindling. Epilepsia. 2005;46(2):217–23. PubMed PMID: 15679502.

49. Shandra AA, Godlevsky LS, Vastyanov RS, Oleinik AA, Konovalenko VL, Rapoport EN, Korobka NN. The role of TNF-alpha in amygdala kindled rats. Neurosci Res. 2002;42(2):147–53. PubMed PMID: 11849734.

50. Pavlova TV, Yakovlev AA, Stepanichev MY, Mendzheritskii AM, Gulyaeva NV. Pentylenetetrazole kindling induces activation of caspase-3 in the rat brain. Neurosci Behav Physiol. 2004;34(1):45–7. PubMed PMID: 15109082.

51. Kondratyev A, Sahibzada N, Gale K. Electroconvulsive shock exposure prevents neuronal apoptosis after kainic acid-evoked status epilepticus. Brain Res Mol Brain Res. 2001;91(1–2):1–13. PubMed PMID: 11457487.

52. Shinoda S, Schindler CK, Meller R, So NK, Araki T, Yamamoto A, Lan JQ, Taki W, Simon RP, Henshall DC. Bim regulation may determine hippocampal vulnerability after injurious seizures and in temporal lobe epilepsy. J Clin Invest. 2004;113(7):1059–68. PubMed PMID: 15057313.

53. Murphy B, Dunleavy M, Shinoda S, Schindler C, Meller R, Bellver-Estelles C, Hatazaki S, Dicker P, Yamamoto A, Koegel I, Chu X, Wang W, Xiong Z, Prehn J, Simon R, Henshall D. Bcl-w protects hippocampus during experimental status epilepticus. Am J Pathol. 2007;171(4):1258–1268. PubMed PMID: 17702891.

54. Narkilahti S, Pitkanen A. Caspase 6 expression in the rat hippocampus during epileptogenesis and epilepsy. Neuroscience. 2005;131(4):887–97. PubMed PMID: 15749343.

Cell death and survival mechanisms after single and repeated brief seizures

55. Narkilahti S, Jutila L, Alafuzoff I, Karkola K, Paljarvi L, Immonen A, Vapalahti M, Mervaala E, Kalviainen R, Pitkanen A. Increased expression of caspase 2 in experimental and human temporal lobe epilepsy. Neuromolecular Med. 2007;9(2):129–44. PubMed PMID: 17627033.

56. Li Z, Jo J, Jia JM, Lo SC, Whitcomb DJ, Jiao S, Cho K, Sheng M. Caspase-3 activation via mitochondria is required for long-term depression and AMPA receptor internalization. Cell. 2010;141(5):859–71. PubMed PMID: 20510932.

57. Engel T, Murphy BM, Hatazaki S, Jimenez-Mateos EM, Concannon CG, Woods I, Prehn JH, Henshall DC. Reduced hippocampal damage and epileptic seizures after status epilepticus in mice lacking proapoptotic Puma. FASEB J. 2010;24(3):853–61. PubMed PMID: 19890018.

58. Engel T, Hatazaki S, Tanaka K, Prehn JH, Henshall DC. Deletion of puma protects hippocampal neurons in a model of severe status epilepticus. Neuroscience. 2010;168:443–450. PubMed PMID: 20362645.

59. Murphy BM, Engel T, Paucard A, Hatazaki S, Mouri G, Tanaka K, Tuffy LP, Jimenez-Mateos EM, Woods I, Dunleavy M, Bonner HP, Meller R, Simon RP, Strasser A, Prehn JH, Henshall DC. Contrasting patterns of Bim induction and neuroprotection in Bim-deficient mice between hippocampus and neocortex after status epilepticus. Cell Death Differ. 2010;17:459–468. PubMed PMID: 19779495.

60. Henshall DC, Araki T, Schindler CK, Lan JQ, Tiekoter KL, Taki W, Simon RP. Activation of Bcl-2-associated death protein and counter-response of Akt within cell populations during seizure-induced neuronal death. J Neurosci. 2002;22(19):8458–65. PubMed PMID: 12351720.

61. Shinoda S, Skradski SL, Araki T, Schindler CK, Meller R, Lan JQ, Taki W, Simon RP, Henshall DC. Formation of a tumour necrosis factor receptor 1 molecular scaffolding complex and activation of apoptosis signal-regulating kinase 1 during seizure-induced neuronal death. Eur J Neurosci. 2003;17(10):2065–76. PubMed PMID: 12786973.

62. Berkovic SF, Jackson GD. The hippocampal sclerosis whodunit: enter the genes. Ann Neurol. 2000;47(5):557–8. PubMed PMID: 10805324.

63. Bouchet C, Cazauvieilh M. De l'epilepsie consideree dans ses rapports avec l'alienation mentale. Archives Generales de Medicine. 1825;9:510–542.

64. Sommer W. Erkrankung des ammonshorns als aetiologisches moment der epilepsie. Arch Psychiatr Nervenkr. 1880;10:631–675.

65. Margerison JH, Corsellis JA. Epilepsy and the temporal lobes. A clinical, electroencephalographic and neuropathological study of the brain in epilepsy, with particular reference to the temporal lobes. Brain. 1966;89(3):499–530. PubMed PMID: 5922048.

66. Wieser HG. ILAE Commission Report. Mesial temporal lobe epilepsy with hippocampal sclerosis. Epilepsia. 2004;45(6):695–714. PubMed PMID: 15144438.

67. Dam AM. Epilepsy and neuron loss in the hippocampus. Epilepsia. 1980;21(6):617–29. PubMed PMID: 6777154.

68. Mathern GW, Adelson PD, Cahan LD, Leite JP. Hippocampal neuron damage in human epilepsy: Meyer's hypothesis revisited. Prog Brain Res. 2002;135:237–51. PubMed PMID: 12143344.

69. Fried I, Kim JH, Spencer DD. Hippocampal pathology in patients with intractable seizures and temporal lobe masses. J Neurosurg. 1992;76(5):735–40. PubMed PMID: 1564534.

70. Thom M, Eriksson S, Martinian L, Caboclo LO, McEvoy AW, Duncan JS, Sisodiya SM. Temporal lobe sclerosis associated with hippocampal sclerosis in temporal lobe epilepsy: neuropathological features. J Neuropathol Exp Neurol. 2009;68(8):928–38. PubMed PMID: 19606061.

71. Bothwell S, Meredith GE, Phillips J, Staunton H, Doherty C, Grigorenko E, Glazier S, Deadwyler SA, O'Donovan CA, Farrell M. Neuronal hypertrophy in the neocortex of patients with temporal lobe epilepsy. J Neurosci. 2001;21(13):4789–800. PubMed PMID: 11425906.

72. Van Paesschen W, Revesz T, Duncan JS, King MD, Connelly A. Quantitative neuropathology and quantitative magnetic resonance imaging of the hippocampus in temporal lobe epilepsy. Ann Neurol. 1997;42(5):756–66. PubMed PMID: 9392575.

73. DeCarli C, Hatta J, Fazilat S, Gaillard WD, Theodore WH. Extratemporal atrophy in patients with complex partial seizures of left temporal origin. Ann Neurol. 1998;43(1):41–5. PubMed PMID: 9450767.

Author Manuscript
Author Manuscript
Author Manuscript
Author Manuscript

74.  Kalviainen R, Salmenpera T, Partanen K, Vainio P, Riekkinen P, Pitkanen A. Recurrent seizures may cause hippocampal damage in temporal lobe epilepsy. Neurology. 1998;50(5):1377–82. PubMed PMID: 9595990.

75.  Salmenpera T, Kalviainen R, Partanen K, Pitkanen A. Hippocampal damage caused by seizures in temporal lobe epilepsy. Lancet. 1998;351(9095):35. PubMed PMID: 9433431.

76.  Jokeit H, Ebner A, Arnold S, Schuller M, Antke C, Huang Y, Steinmetz H, Seitz RJ, Witte OW. Bilateral reductions of hippocampal volume, glucose metabolism, and wada hemispheric memory performance are related to the duration of mesial temporal lobe epilepsy. J Neurol. 1999;246(10):926–33. PubMed PMID: 10552240.

77.  Tasch E, Cendes F, Li LM, Dubeau F, Andermann F, Arnold DL. Neuroimaging evidence of progressive neuronal loss and dysfunction in temporal lobe epilepsy. Annals of Neurology. 1999;45:568–576. PubMed PMID: 10319878.

78.  Theodore WH, Bhatia S, Hatta J, Fazilat S, DeCarli C, Bookheimer SY, Gaillard WD. Hippocampal atrophy, epilepsy duration, and febrile seizures in patients with partial seizures. Neurology. 1999;52(1):132–6. PubMed PMID: 9921860.

79.  Salmenpera T, Kalviainen R, Partanen K, Pitkanen A. Hippocampal and amygdaloid damage in partial epilepsy: a cross- sectional MRI study of 241 patients. Epilepsy Res. 2001;46(1):69–82. PubMed PMID: 11395291.

80.  Bernasconi A, Tasch E, Cendes F, Li LM, Arnold DL. Proton magnetic resonance spectroscopic imaging suggests progressive neuronal damage in human temporal lobe epilepsy. Prog Brain Res. 2002;135:297–304. PubMed PMID: 12143349.

81.  Bernasconi N, Bernasconi A, Caramanos Z, Antel SB, Andermann F, Arnold DL. Mesial temporal damage in temporal lobe epilepsy: a volumetric MRI study of the hippocampus, amygdala and parahippocampal region. Brain. 2003;126(Pt 2):462–9. PubMed PMID: 12538412.

82.  Kobayashi E, D'Agostino MD, Lopes-Cendes I, Berkovic SF, Li ML, Andermann E, Andermann F, Cendes F. Hippocampal atrophy and T2-weighted signal changes in familial mesial temporal lobe epilepsy. Neurology. 2003;60(3):405–9. PubMed PMID: 12578919.

83.  Holtkamp M, Schuchmann S, Gottschalk S, Meierkord H. Recurrent seizures do not cause hippocampal damage. J Neurol. 2004;251(4):458–63. PubMed PMID: 15083293.

84.  Liu RS, Lemieux L, Bell GS, Sisodiya SM, Bartlett PA, Shorvon SD, Sander JW, Duncan JS. Cerebral damage in epilepsy: a population-based longitudinal quantitative MRI study. Epilepsia. 2005;46(9):1482–94. PubMed PMID: 16146444.

85.  Bower SP, Kilpatrick CJ, Vogrin SJ, Morris K, Cook MJ. Degree of hippocampal atrophy is not related to a history of febrile seizures in patients with proved hippocampal sclerosis. J Neurol Neurosurg Psychiatry. 2000;69(6):733–8. PubMed PMID: 11080224.

86.  Jackson GD, McIntosh AM, Briellmann RS, Berkovic SF. Hippocampal sclerosis studied in identical twins. Neurology. 1998;51(1):78–84. PubMed PMID: 9674783.

87.  Lemieux L. Causes, relationships and explanations: the power and limitations of observational longitudinal imaging studies. Curr Opin Neurol. 2008;21(4):391–2. PubMed PMID: 18607197.

88.  Briellmann RS, Berkovic SF, Syngeniotis A, King MA, Jackson GD. Seizure-associated hippocampal volume loss:A longitudinal magnetic resonance study of temporal lobe epilepsy. Ann Neurol. 2002;51:641–644. PubMed PMID: 12112114.

89.  Fuerst D, Shah J, Shah A, Watson C. Hippocampal sclerosis is a progressive disorder: a longitudinal volumetric MRI study. Ann Neurol. 2003;53(3):413–6. PubMed PMID: 12601713.

90.  Van Paesschen W, Duncan JS, Stevens JM, Connelly A. Longitudinal quantitative hippocampal magnetic resonance imaging study of adults with newly diagnosed partial seizures: one-year follow-up results. Epilepsia. 1998;39(6):633–9. PubMed PMID: 9637606.

91.  Liu RS, Lemieux L, Bell GS, Sisodiya SM, Bartlett PA, Shorvon SD, Sander JW, Duncan JS. The structural consequences of newly diagnosed seizures. Ann Neurol. 2002;52(5):573–80. PubMed PMID: 12402254.

Author Manuscript

92.    Bonilha L, Rorden C, Castellano G, Cendes F, Li LM. Voxel-based morphometry of the thalamus in patients with refractory medial temporal lobe epilepsy. Neuroimage. 2005;25(3):1016–21. PubMed PMID: 15809001.

93.    Bonilha L, Rorden C, Halford JJ, Eckert M, Appenzeller S, Cendes F, Li LM. Asymmetrical extra-hippocampal grey matter loss related to hippocampal atrophy in patients with medial temporal lobe epilepsy. J Neurol Neurosurg Psychiatry. 2007;78(3):286–94. PubMed PMID: 17012334.

94.    Bernhardt BC, Worsley KJ, Kim H, Evans AC, Bernasconi A, Bernasconi N. Longitudinal and cross-sectional analysis of atrophy in pharmacoresistant temporal lobe epilepsy. Neurology. 2009;72(20):1747–54. PubMed PMID: 19246420.

95.    Lin JJ, Salamon N, Lee AD, Dutton RA, Geaga JA, Hayashi KM, Luders E, Toga AW, Engel J Jr, Thompson PM. Reduced neocortical thickness and complexity mapped in mesial temporal lobe epilepsy with hippocampal sclerosis. Cereb Cortex. 2007;17(9):2007–18. PubMed PMID: 17088374.

96.    Liu RS, Lemieux L, Bell GS, Hammers A, Sisodiya SM, Bartlett PA, Shorvon SD, Sander JW, Duncan JS. Progressive neocortical damage in epilepsy. Ann Neurol. 2003;53(3):312–24. PubMed PMID: 12601699.

97.    Henshall DC, Clark RS, Adelson PD, Chen M, Watkins SC, Simon RP. Alterations in bcl-2 and caspase gene family protein expression in human temporal lobe epilepsy. Neurology. 2000;55(2):250–7. PubMed PMID: 10908900.

98.    Henshall DC, Schindler CK, So NK, Lan JQ, Meller R, Simon RP. Death-associated protein kinase expression in human temporal lobe epilepsy. Ann Neurol. 2004;55(4):485–94. PubMed PMID: 15048887.

99.    Yang T, Hsu C, Liao W, Chuang JS. Heat shock protein 70 expression in epilepsy suggests stress rather than protection. Acta Neuropathol. 2008;115(2):219–30. PubMed PMID: 17929041.

100.    Mathern GW, Leiphart JL, De Vera A, Adelson PD, Seki T, Neder L, Leite JP. Seizures decrease postnatal neurogenesis and granule cell development in the human fascia dentata. Epilepsia. 2002;43(Suppl 5):68–73.

101.    Uysal H, Cevik IU, Soylemezoglu F, Elibol B, Ozdemir YG, Evrenkaya T, Saygi S, Dalkara T. Is the cell death in mesial temporal sclerosis apoptotic. Epilepsia. 2003;44:778–784. PubMed PMID: 12790890.

102.    Xu S, Pang Q, Liu Y, Shang W, Zhai G, Ge M. Neuronal apoptosis in the resected sclerotic hippocampus in patients with mesial temporal lobe epilepsy. J Clin Neurosci. 2007;14(9):835–40. PubMed PMID: 17660056.

103.    Yachnis AT, Powell SZ, Olmsted JJ, Eskin TA. Distinct neurodevelopmental patterns of bcl-2 and bcl-x expression are altered in glioneuronal hamartias of the human temporal lobe. J Neuropathol Exp Neurol. 1997;56(2):186–98. PubMed PMID: 9034373.

104.    Nagy Z, Esiri MM. Neuronal cyclin expression in the hippocampus in temporal lobe epilepsy. Exp Neurol. 1998;150(2):240–7. PubMed PMID: 9527893.

105.    Lawrence MS, Ho DY, Sun GH, Steinberg GK, Sapolsky RM. Overexpression of Bcl-2 with herpes simplex virus vectors protects CNS neurons against neurological insults in vitro and in vivo. J Neurosci. 1996;16(2):486–96. PubMed PMID: 8551333.

106.    Ju KL, Manley NC, Sapolsky RM. Anti-apoptotic therapy with a Tat fusion protein protects against excitotoxic insults in vitro and in vivo. Exp Neurol. 2008;210(2):602–7. PubMed PMID: 18207142.

107.    Kerr LE, McGregor AL, Amet LE, Asada T, Spratt C, Allsopp TE, Harmar AJ, Shen S, Carlson G, Logan N, Kelly JS, Sharkey J. Mice overexpressing human caspase 3 appear phenotypically normal but exhibit increased apoptosis and larger lesion volumes in response to transient focal cerebral ischaemia. Cell Death Differ. 2004;11(10):1102–11. PubMed PMID: 15153940.

108.    Ravizza T, Lucas SM, Balosso S, Bernardino L, Ku G, Noe F, Malva J, Randle JC, Allan S, Vezzani A. Inactivation of caspase-1 in rodent brain: a novel anticonvulsive strategy. Epilepsia. 2006;47(7):1160–8. PubMed PMID: 16886979.

109.    Yuzbasioglu A, Karatas H, Gursoy-Ozdemir Y, Saygi S, Akalan N, Soylemezoglu F, Dalkara T, Kocaefe YC, Ozguc M. Changes in the expression of selenoproteins in mesial temporal lobe epilepsy patients. Cell Mol Neurobiol. 2009;29(8):1223–31. PubMed PMID: 19499324.

110.    Sun Y, Jin K, Clark KR, Peel A, Mao XO, Chang Q, Simon RP, Greenberg DA. Adeno-associated virus-mediated delivery of BCL-w gene improves outcome after transient focal cerebral ischemia. Gene Therapy. 2003;10:115–122. PubMed PMID: 12571640.

Author Manuscript

Author Manuscript

Author Manuscript

111. Yamamoto A, Murphy N, Schindler CK, So NK, Stohr S, Taki W, Prehn JH, Henshall DC. Endoplasmic reticulum stress and apoptosis signaling in human temporal lobe epilepsy. J Neuropathol Exp Neurol. 2006;65(3):217–225. PubMed PMID: 16651883.

112. Liu G, Guo H, Guo C, Zhao S, Gong D, Zhao Y. Involvement of IRE1alpha signaling in the hippocampus in patients with mesial temporal lobe epilepsy. Brain Res Bull. 2011;84(1):94–102. PubMed PMID: 20965234.

113. Schindler CK, Pearson EG, Bonner HP, So NK, Simon RP, Prehn JH, Henshall DC. Caspase-3 cleavage and nuclear localization of caspase-activated DNase in human temporal lobe epilepsy. J Cereb Blood Flow Metab. 2006;26(4):583–9. PubMed PMID: 16121124.

114. Chan SL, Mattson MP. Caspase and calpain substrates: roles in synaptic plasticity and cell death. J Neurosci Res. 1999;58(1):167–90. PubMed PMID: 10491581.

115. Yamamoto A, Schindler CK, Murphy BM, Bellver-Estelles C, So NK, Taki W, Meller R, Simon RP, Henshall DC. Evidence of tumor necrosis factor receptor 1 signaling in human temporal lobe epilepsy. Exp Neurol. 2006;202:410–420. PubMed PMID: 16919273.

116. Thom M, Seetah S, Sisodiya S, Koepp M, Scaravilli F. Sudden and unexpected death in epilepsy (SUDEP): evidence of acute neuronal injury using HSP-70 and c-Jun immunohistochemistry. Neuropathol Appl Neurobiol. 2003;29(2):132–43. PubMed PMID: 12662321.

117. Engel T, Murphy BM, Schindler CK, Henshall DC. Elevated p53 and lower MDM2 expression in hippocampus from patients with intractable temporal lobe epilepsy. Epilepsy Res. 2007;77(2–3):151–6. PubMed PMID: 17942278.

118. Henshall DC, Simon RP. Molecular mechanisms of cell death after seizures. In: Schwartzkroin PA, editor. Encyclopedia of basic epilepsy research. San Diego: Elsevier; 2009; pp. 119–124.

119. Waldbaum S, Patel M. Mitochondria, oxidative stress, and temporal lobe epilepsy. Epilepsy Res. 2010;88(1):23–45. PubMed PMID: 19850449.

120. Liang LP, Ho YS, Patel M. Mitochondrial superoxide production in kainate-induced hippocampal damage. Neuroscience. 2000;101(3):563–70. PubMed PMID: 11113305.

121. Jarrett SG, Liang LP, Hellier JL, Staley KJ, Patel M. Mitochondrial DNA damage and impaired base excision repair during epileptogenesis. Neurobiol Dis. 2008;30(1):130–8. PubMed PMID: 18295498.

122. Kudin AP, Kudina TA, Seyfried J, Vielhaber S, Beck H, Elger CE, Kunz WS. Seizure-dependent modulation of mitochondrial oxidative phosphorylation in rat hippocampus. Eur J Neurosci. 2002;15(7):1105–14. PubMed PMID: 11982622.

123. Lin Y, Han Y, Xu J, Cao L, Gao J, Xie N, Zhao X, Jiang H, Chi Z. Mitochondrial DNA Damage and the Involvement of Antioxidant Defense and Repair System in Hippocampi of Rats with Chronic Seizures. Cell Mol Neurobiol. 2010.

124. Nasseh IE, Amado D, Cavalheiro EA, da Naffah-Mazzacoratti GM, Tengan CH. Investigation of mitochondrial involvement in the experimental model of epilepsy induced by pilocarpine. Epilepsy Res. 2006;68(3):229–39. PubMed PMID: 16337777.

125. Yamada Y, Nakano K. Increased expression of mitochondrial respiratory enzymes in the brain of activated epilepsy-prone El mice. Brain Res Mol Brain Res. 1999;73(1–2):186–8. PubMed PMID: 10581412.

126. Kunz WS, Kudin AP, Vielhaber S, Blumcke I, Zuschratter W, Schramm J, Beck H, Elger CE. Mitochondrial complex I deficiency in the epileptic focus of patients with temporal lobe epilepsy. Ann Neurol. 2000;48(5):766–73. PubMed PMID: 11079540.

127. Vielhaber S, Niessen HG, Debska-Vielhaber G, Kudin AP, Wellmer J, Kaufmann J, Schonfeld MA, Fendrich R, Willker W, Leibfritz D, Schramm J, Elger CE, Heinze HJ, Kunz WS. Subfield-specific loss of hippocampal N-acetyl aspartate in temporal lobe epilepsy. Epilepsia. 2008;49(1):40–50.

## License

All Jasper's Basic Mechanisms of the Epilepsies content, except where otherwise noted, is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 Unported license, which permits copying, distribution and

transmission of the work, provided the original work is properly cited, not used for commercial purposes, nor is altered or transformed.

Author Manuscript

Author Manuscript

Author Manuscript