*Reference textbook of Neuropathology*

## OXIDATIVE STRESS AND MITOCHONDRIAL INTEGRITY

In several diseases oxidative stress has been implicated in neurodegeneration. The formation of free radicals is a normal event in metabolism and there are several physiological antioxidant defence systems that scavenge free radicals, minimizing possible toxic side effects. There is evidence that increased production of free radicals or inefficiencies in antioxidant defence systems may contribute to neurodegeneration. Exposure to environmental agents that are known to generate free radicals may be a contributing factor.

Increasingly, defects in mitochondrial biogenesis or degradation are being detected in neurodegenerative diseases; mutations in genes that regulate these aspects of mitochondrial function are responsible for some forms of familial Parkinson's disease. Factors that are responsible for modulating mitochondrial integrity through fusion, fission and elimination in the process termed 'mitophagy' may all be involved in neurodegeneration, especially that linked to Parkinson's disease.

## EXCITOTOXICITY

Neuronal death may be induced by excessive glutamatergic stimulation of neurons, a process termed excitotoxicity, which has been implicated in the pathogenesis of several degenerative diseases. There are several forms of glutamate receptor, distinguished by their responses to different pharmacologic agonists. In neurodegenerative disease, the vulnerability of certain neuronal systems to damage has been linked to the expression of certain types of glutamate receptor that render neurons vulnerable to excitotoxic damage (Fig. 26.2).

## INDUCTION OF PROGRAMMED CELL DEATH

The death of neurons in at least some neurodegenerative diseases has been linked to the form of programmed cell death termed apoptosis (Fig. 26.3). The stimuli that trigger this in the different diseases are at present uncertain. Initiating factors under consideration include excitotoxicity, deprivation of neurotrophic growth factors, toxicity of local cytokines, and toxic effects of accumulated proteins. The end result of mitochondrial damage can also result in signaling for apoptosis. However it is important to note that other forms of cell death which are also energy dependent and 'programmed' may take place in some situations and are not the same process as conventional apoptotic cell death.

## ROLE OF CYTOKINES AND NEUROINFLAMMATION

The reactions of glial cells in some neurodegenerative diseases may include the production of cytokines and participation in an inflammatory response involving the activation of microglial cells and further stimulation of astrocyte proliferation. Increased local production of cytokines may contribute to neuronal dysfunction and death. This process has been termed 'neuroinflammation'.

## GENETIC FACTORS

Many genes responsible for neurodegenerative diseases have been characterized and the identification of such genes has led to major advances in the understanding of disease pathogenesis. A large number neurodegenerative diseases can be caused by single gene mutations but these account for a very small proportion of cases.

**26.2 Excitotoxicity.**



Neuron expresses multiple types of glutamate receptor (ionotropic and metabotropic)



Ca²⁺ Glu

Excessive stimulation of glutamate receptors causes excessive entry of calcium into the neuronal cytosol and overactivity of downstream intracellular systems



Fos Jun

Metabolic imbalance in the neuron leads to expression of immediate early genes c-*fos*, c-*jun*, *jun*-A, *jun*-B



Cytoskeletal and membrane damage initially occurs in neuronal dendrites, which swell



Neuronal death occurs. In some systems this has been found to be by apoptosis

A genetic abnormality that underlies several neurodegenerative diseases is microsatellite repeat instability leading to expansion of the number of tandem triplet repeats that occur in specific regions of certain genes (Fig. 26.4). This leads to interference with RNA processing and is common to several degenerative diseases. Some neurodegenerative diseases result from interactions between multiple susceptibility